**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED

10 NOV 23 PH 1:52

U.S. BANKRUPTCY CT.

In Re:

Loretta Margaret Muntz Seely
and Frederick ~~Seely~~

Debtor(s).

CHAPTER 11 (NON-BUSINESS)

CASE NO. 10-BK-16444-LT11

REPORT NO. 1

FOR THE MONTH ENDING:
October 2010

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — $ 2512.57

2. LESS:   TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — $ (963.57)

3. BEGINNING BALANCE: — $ 500.00

4. RECEIPTS DURING CURRENT PERIOD**: — 3881.35

5. BALANCE: — $ 5,930.35

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   (Total from Page 2) — $ (3,025.89)

7. ENDING BALANCE: — $ 2,904.46

8. GENERAL ACCOUNT NUMBER  1-534-6595-3104
   DEPOSITORY NAME AND LOCATION  US bank

   4136 Oceanside Blvd, Oceanside, CA 92056

\* *All receipts must be deposited into the general account.*
\*\* *Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.*

# TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 10/13 | 102 | VCS | School Tuition | $ 500.00 |
| 10/19 | 102 | SD Gas & Elec | Utilities | $ 106.57 |
| 10/10 | 104 | Glen Haven HOA | Yr Dues | $ 110.00 |
| 10/7 | 105 | Verizon Wireless | Cell Phone | $ 113.40 |
| 10/7 | 106 | Transamerica | Life Ins | $ 57.51 |
| 10/7 | 107 | World International | Yearly Fees | $ 202.00 |
| | 108 | Void  Life Insurance | | $ |
| 10/7 | 109 | Sierra Ridge HOA | HOA Monthly Fee | $ 189.00 |
| 10/27 | 110 | City of Oceanside | Water/Trash Util. | $ 133.95 |
| 10/7 | 111 | Coast Compounding | Pharmacy's Persc. | $ 26.96 |
| | 112 | VCS School | Down Pymnt for field trip | $ 45.00 |
| | 113 | Joanne Monroe | Sister owed her money | $ 125.00 |
| | 114 | Void for Copy to Trustee | | $ |
| | 115 | Joe tate | Halloween Costume | $ 15.96 |
| | | | | $ |
| 10/28 | | Vons | Food / Persci. | $ 13.66 |
| 10/27 | | Smart & Final | Food | $ 14.07 |
| 10/27 | | Vons | Perscription | $ 20.00 |
| 10/26 | | Smart & Final | Food | $ 104.15 |
| | | | | $ |
| | | Debit Card | | $ 939.00 |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |

TOTAL DISBURSEMENTS THIS PERIOD: $ 2716.16

*Add additional pages as necessary to include all disbursements.*

Debtor-in-Possession Monthly Operating Report (Non-Business) - Page 2 of 6

ORR-page 37 (rev. 03/01/08)

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS, AND OTHER PARTIES TO EXECUTORY CONTRACTS

| CREDITOR, LESSOR, ETC. | FREQUENCY OF PAYMENTS (Mo./Qtr.) | AMOUNT OF PAYMENT | POST-PETITION PAYMENTS NOT MADE (NUMBER) | TOTAL DUE |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## III. INSURANCE COVERAGE

| | NAME OF CARRIER | AMOUNT OF COVERAGE | POLICY EXPIRATION DATE | PREMIUM PAID THROUGH: |
|---|---|---|---|---|
| General Liability |  |  |  |  |
| Worker Compensation |  |  |  |  |
| Casualty |  |  |  |  |
| Vehicle | FARMERS |  | 12/15/2010 | 12/15/2010 |
| 162 Ridge View | '' | 298,000. | 1/22/2011 | 11/1/2010 |
| 1125 Cabrille Circle | '' | 230,000.00 | 12/15/2010 | 11/15/2011 |
| 17010 Wandering Creek Dr. | Mecklenburg Ins | 132,000.00 | 7/27/2011 | 12/1/2010 |

## IV. SUMMARY SCHEDULE OF CASH

ENDING BALANCES FOR PERIOD:

GENERAL ACCOUNT      $ 2904 46
OTHER ACCOUNTS*: _____   $ _____
OTHER MONIES*: _____   $ _____

TOTAL CASH AVAILABLE    $ _____

\*   *Specify the fund and the type of holding (i.e., CD, Savings Account, Investment securities, etc.), and the depository name, location, and account number.*

*NOTE: Attach copies of monthly accounts statements from financial institutions for each account.*

## V. UNITED STATES TRUSTEE QUARTERLY FEES
### (TOTAL PAYMENTS)

| Qtrly Period Ending | Total Disbursements | Qtrly Fees | Date Paid | Amount Paid | Qtrly Fee Still Owing |
|---|---|---|---|---|---|
| Sept 2010 | | 325.00 | 10/20/2010 | 325.00 | 0 |
| Jan 2011 | | 325.00 | | | 325.00 |
| | | | | | |
| | | | | | |
| | | | | | |

## VI. SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Authorized Gross Compensation* | Gross Compensation Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

\* *Please indicate how compensation was identified in the order (e.g., $1,000/wk, $2,500/mo)*

## VII. SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Payment | Description | Amount Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## VIII. QUESTIONNAIRE

1.  Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?

    _____ ✓ No.

    _____ Yes.  Explain _____

    _____

    _____

2.  State what progress was made during the reporting period toward filing a Plan of Reorganization:

    _____None_____

    _____

    _____

3.  Describe potential future developments which may have a significant impact on the case.

    _____None_____

    _____

    _____

    _____

4.  Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

5.  Did you receive any exempt income this month, which is not set forth in the operating report?

    _____ ✓ No.

    _____ Yes.  Please set forth the amounts and the source of the income.

    _____

    _____

    _____

    _____

    I, _____Loretta Mintz-Seily_____ (Name and title), declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession non-business report and that the information contained herein is true and complete to the best of my knowledge.

Date: __1-20-2010_____          _____

                                   Principal for debtor-in-possession

Debtor-in-Possession Monthly Operating Report (Non-Business) - Page 6 of 6

ORR-page 41 (rev. 03/01/08)

# US bank

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

5893        TRN                                    X        ST01

Uni-Statement

Account Number:
1 534 6595 3104
Statement Period:
Sep. 24, 2010
through
Oct. 25, 2010

Page 1 of 4



000055172 1 SP      106481800957932 S
ESTATE OF LORETTA MUNTZ-SEEBY
DEBTOR IN POSSESSION
BANKRUPTCY CASE #10-16444-LT11
FREDERICK E SEEBY, SR
162 RIDGE VIEW WAY
OCEANSIDE CA 92057-7533

☎        **To Contact U.S. Bank**

**By Phone:**                    1-800-US BANKS
                                 (1-800-872-2657)

**Telecommunications Device**
**for the Deaf:**                1-800-685-5065

**Internet:**                    usbank.com

## INFORMATION YOU SHOULD KNOW

Effective November 14, 2010, the four free Non-U.S. Bank ATM Transactions per cycle has been eliminated. The Non-U.S. Bank ATM Transaction fee of $2.00 will be charged for every ATM transaction that does not take place at a U.S. Bank ATM, unless the ATM fee is waived as part of a designated Checking Account Product, or an Account Package waiver.

**Important Changes to U.S. Bank Overdraft Protection Policies and Fees**
Effective Nov. 14, 2010, if your checking account has another account(s) linked to it for Overdraft Protection, a $10 Overdraft Protection Transfer fee will be charged to your checking account each day funds are transferred from the account(s) linked for Overdraft Protection. If your checking account is overdrawn less than $10, a total of $10 will be transferred to your checking account and the Overdraft Protection Transfer Fee will be waived. The Overdraft Protection Transfer fee is $5 for U.S. Bank Gold Checking accounts and waived for U.S. Bank Platinum Checking accounts.

If you have another deposit account (savings, money market or checking) or Reserve Line linked for Overdraft Protection to your checking account, the amount transferred will be in multiples of $50. If the account used for Overdraft Protection does not have an available balance that will be enough to cover the overdrawn amount in your checking account, the remaining available balance will be transferred. If the checking account is overdrawn less than $10, a maximum of $10 will be transferred from the account used for Overdraft Protection.

Please refer to the "Important Changes to Your Consumer Deposit Account" pamphlet for complete details on changes to U.S. Bank Overdraft Protection policies and fee.

## SILVER ELITE CHECKING                                           Member FDIC

J.S. Bank National Association                          Account Number 1-534-6595-3104
**Account Summary**

| | | |
|---|---|---|
| Beginning Balance on Sep. 24 | $ | 500.00 |
| Deposits / Credits | | 2,936.35 |
| Card Withdrawals | | 939.62 |
| Checks Paid | | 1,889.39 |
| **Ending Balance on Oct. 25, 2010** | **$** | **607.34** |

Number of Days in Statement Period                    32

## Reward Program Summary



# bank

**Close Window**

To print this page, use your browser's print command.

Account ending in 3124

| | ACCOUNT BALANCE | AVAILABLE BALANCE |
|---|---|---|
| | $2,658.02 | $2,610.92 |
| | CHECK CARD AUTHORIZATIONS | $47.10 |

### Recent Transactions

| DATE | | DESCRIPTION | DEPOSIT | WITHDRAWAL | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| 10/27/10 | | Purchase With Pin Vons Store Oceanside Ca | | $20.00 | $438.19 |
| 10/27/10 | | Purchase With Pin Smart & Final Cooceanside Ca | | $104.15 | $438.18 |
| 10/26/10 | 112 | Check View | | $45.00 | $542.34 |
| | | Purchase With Pin Payless | | | |

| 10/28/10 | | Prop | $945.00 | | $1,355.46 |
|---|---|---|---|---|---|
| 10/27/10 | | Purchase With Pin Vons Store Oceanside Ca | | $13.66 | $410.45 |
| 10/27/10 | | Purchase With Pin Smart & Final Cooceanside Ca | | $14.07 | $424.12 |

**Close Window**



**U.S. bank**

ESTATE OF LORETTA MUNTZ SEEBY
DEBTOR IN POSSESSION
BANKRUPTCY CASE #10-16444-LT11
FREDERICK E SEEBY,SR
162 RIDGE VIEW WAY
OCEANSIDE  CA 92057-7533

Account Number:
1 534 6595 3104
Statement Period:
Sep. 24, 2010
through
Oct. 25, 2010

Page 2 of 4



## SILVER ELITE CHECKING (CONTINUED)

U.S. Bank National Association                        Account Number  1-534-6595-3104

| FlexPerks Cash Rewards Visa® Check Card | | Check Card Number: *7242 | | FlexPerks |
|---|---|---|---|---|
| Reward Enrollment Date | Rewards Earned Program to Date | Rewards Redeemed Program to Date | Current Rewards Balance | Rewards Available to Redeem |
| 09/15/2010 | $        0.00 | $        0.00 | $        0.00 | $        0.00 |

### Deposits / Credits

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| Oct. 12 | Deposit | 7431147101 | $ | 1,500.00 |
| Oct. 15 | Deposit | 7335185075 | | 1,436.35 |
| | | **Total Deposits / Credits** | **$** | **2,936.35** |

### Card Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Card Number xxxx-xxxx-xxxx- 7242 | | | | | |
| Oct. 13 | Visa Purchase (Non-PIN) New Song Communi | On 101110 760-560-5000 CA REF # 24707800285980150862 US1 | 5980150862 | $ | 50.00 Ch |
| Oct. 13 | Visa Purchase (Non-PIN) New Song Communi | On 101110 760-560-5000 CA REF # 24707800285980150862 US1 | 5980150862 | | 200.00 Cha |
| Oct. 14 | Visa Purchase (Non-PIN) USPS 05556200534 | On 101310 OCEANSIDE CA REF # 24164070286418221172 US1 | 6418221172 | | 13.49 |
| Oct. 19 | Visa Purchase (Non-PIN) STARBUCKS USA 00 | On 101810 CALABASAS CA REF # 24164070291355324881 US1 | 1355324881 | | 8.20 |
| Oct. 21 | Purchase w PIN 250295 | SMART & FINAL CO OCEANSIDE On 102010 ILNKILNK REF 029343250295 | 9510200924 | | 123.63 |
| Oct. 25 | Purchase w PIN 365708 | PAYLESS SHOESOUR CARLSBAD On 102310 ILNKILNK REF 029667365708 | 0810230824 | | 5.42 |
| Oct. 25 | Purchase w PIN 610353 | PAYLESS SHOESOUR CARLSBAD On 102310 ILNKILNK REF 029654610353 | 5310230924 | | 25.00 |
| Oct. 25 | Visa Purchase (Non-PIN) RIP HALLOWEEN | On 102310 CAELSBAD CA REF # 24493980297206164400 US1 | 7206164400 | | 32.61 |
| Oct. 25 | Purchase w PIN 459485 | RALPHS 101 OLD G OCEANSIDE On 102410 ILNKILNK REF 029800459485 | 8510241954 | | 38.08 |
| Oct. 25 | Purchase w PIN 125910 | NORDSTROM 383 17 SAN MARCOS On 102410 ILNKILNK REF 029800125910 | 1010241912 | | 44.46 |
| Card Number xxxx-xxxx-xxxx- 3097 | | **Card 7242 Withdrawals Subtotal** | | **$** | **540.89** |
| Oct. 12 | Purchase w PIN 397543 | SHELL Service St OCEANSIDE On 101110 ILNKILNK REF 028416397543 | 4310111509 | | 7.30 |
| Oct. 12 | Purchase w PIN 375567 | SHELL Service St OCEANSIDE On 101010 ILNKILNK REF 028313375567 | 6710101255 | | 18.66 |
| Oct. 13 | Purchase w PIN 040822 | HTB #0759 SAN M  SAN MARCOS On 101310 ILNKILNK REF 028618040822 | 2210131306 | | 8.15 |
| Oct. 14 | Purchase w PIN 677423 | #06201 ALBERTSON VISTA On 101410 ILNKILNK REF 028711677423 | 2310141022 | | 14.19 |
| Oct. 14 | Purchase w PIN 157463 | STATER BROS #157 VISTA On 101310 ILNKILNK REF 028623157463 | 6310131812 | | 14.19 |
| Oct. 14 | Purchase w PIN 085262 | SHELL Service St VISTA On 101310 ILNKILNK REF 028618085262 | 6210131745 | | 40.43 |
| Oct. 15 | Purchase w PIN 987997 | JULIAN COF1921 M JULIAN On 101510 ILNKILNK REF 028817987997 | 9710151226 | | 6.25 |
| Oct. 15 | Purchase w PIN 677443 | SHELL Service St OCEANSIDE On 101510 ILNKILNK REF 028817677443 | 4310151600 | | 8.25 |
| Oct. 15 | Purchase w PIN 299620 | SHELL Service St SAN MARCOS On 101410 ILNKILNK REF 028718299620 | 2010141742 | | 8.94 |

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $     |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $     |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Check Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.                                     $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.                 $_____

5. Total lines 3 and 4.                                                                   $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.           $_____

7. Subtract line 6 from line 5. This is your balance.                                     $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Check Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank P.O. Box 64991 St. Paul, MN 55164-9505.
  ▶ Tell us your name and account number.
  ▶ Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
  ▶ Tell us the dollar amount of the suspected error.
We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from point of sale debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.
    *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**CONSUMER BILLING RIGHTS SUMMARY**
**In Case of Errors or Questions About Your Credit Card or Line of Credit Statement**
If you think your statement is wrong, or if you need more information about a transaction on your statement, write to us on a separate sheet at the address shown on your credit card or line of credit statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, provide us the following information:
  ▶ Your name and account number.
  ▶ The dollar amount of the suspected error.
  ▶ Date the transaction occurred.
  ▶ Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.
You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**SPECIAL RULE FOR CREDIT CARD PURCHASES**
If you have a problem with the quality of the goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.

**RESERVE LINE**
Reserve Line Balance Computation Method: To calculate the Balance Subject to Interest Rate (sometimes referred to as the "average daily balance"), we take the beginning balance of your account each day, add any new advances, and subtract any payments, credits and unpaid interest charges. This gives us a daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This is your Balance Subject to Interest Rate. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS**
We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

Member FDIC

EQUAL HOUSING LENDER



US bank

Uni-Statement
Account Number:
1 534 6595 3104
Statement Period:
Sep. 24, 2010
through
Oct. 25, 2010

Page 3 of 4

ESTATE OF LORETTA MUNTZ-SEEBY
DEBTOR IN POSSESSION
BANKRUPTCY CASE #10-16444-LT11
FREDERICK E SEEBY,SR
162 RIDGE VIEW WAY
OCEANSIDE  CA 92057-7533

## SILVER ELITE CHECKING                                                                (CONTINUED)
J.S. Bank National Association

Account Number 1-534-6595-3104

### Card Withdrawals (continued)

| Date | | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|---|
| Oct. | 15 | Purchase w PIN | 7-ELEVEN RAMONA | 5510150444 | 12.33- |
| | | 195855 | On 101510 ILNKILNK REF 028808195855 | | |
| Oct. | 18 | Purchase w PIN | ARCO PAYPOINT OXNARD | 3610171456 | 6.20- |
| | | 845736 | On 101710 ILNKILNK REF 029015845736 | | |
| Oct. | 18 | Purchase w PIN | #06335 ALBERTSON CALABASA | 6610172123 | 7.45- |
| | | 608066 | On 101710 ILNKILNK REF 029022608066 | | |
| Oct. | 18 | Purchase w PIN | SHELL Service St OCEANSIDE | 2410181443 | 12.66- |
| | | 189624 | On 101810 ILNKILNK REF 029115189624 | | |
| Oct. | 18 | Purchase w PIN | SHELL Service St OCEANSIDE | 7010161310 | 19.86- |
| | | 771370 | On 101610 ILNKILNK REF 028914771370 | | |
| Oct. | 18 | Purchase w PIN | AutoZone 5660 39 OCEANSIDE | 9710151815 | 26.07- |
| | | 660097 | On 101510 ILNKILNK REF 028823660097 | | |
| Oct. | 18 | Purchase w PIN | RALPHS 101 OLD G OCEANSIDE | 5410151756 | 30.88- |
| | | 955554 | On 101510 ILNKILNK REF 028822955554 | | |
| | | | You Requested $10 In Cash Back | | |
| Oct. | 18 | Visa Purchase (Non-PIN) | On 101710 NORWALK CA | 1000037891 | 41.79- |
| | | CHEVRON 00092149 | REF # 24046030291000037891 US1 | | |
| Oct. | 20 | Purchase w PIN | RALPHS 101 OLD G OCEANSIDE | 3510191900 | 7.69- |
| | | 559435 | On 101910 ILNKILNK REF 029300559435 | | |
| | | | You Requested $5 In Cash Back | | |
| Oct. | 20 | Purchase w PIN | RALPHS 101 OLD G OCEANSIDE | 7610191858 | 7.95- |
| | | 953576 | On 101910 ILNKILNK REF 029223953576 | | |
| Oct. | 20 | Purchase w PIN | VONS OCEANSIDE | 7310190642 | 10.00- |
| | | 054273 | On 101910 ILNKILNK REF 029211054273 | | |
| Oct. | 20 | Purchase w PIN | VONS OCEANSIDE | 4710190649 | 18.45- |
| | | 063247 | On 101910 ILNKILNK REF 029211063247 | | |
| | | | You Requested $5 In Cash Back | | |
| Oct. | 21 | Purchase w PIN | #06201 ALBERTSON VISTA | 8410211251 | 12.38- |
| | | 616284 | On 102110 ILNKILNK REF 029413616284 | | |
| | | | You Requested $5 In Cash Back | | |
| Oct. | 25 | Purchase w PIN | SHELL Service St OCEANSIDE | 5910241451 | 58.66- |
| | | 670659 | On 102410 ILNKILNK REF 029715670659 | | |

|  |  |
|---|---|
| Card  3097 Withdrawals Subtotal | $        398.73- |
| Total Card Withdrawals | $        939.62- |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 0103 | Oct.  13 | 8998031689 | 500.00 | 0110 | Oct.  14 | 9191980095 | 133.95 |
| 0104 | Oct.  19 | 9393376060 | 110.00 | 0111 | Oct.  12 | 8996416360 | 26.96 |
| 0106* | Oct.  12 | 6145984280 | 57.51 | 0113* | Oct.  19 | 9393627790 | 125.00 |
| 0107 | Oct.  12 | 8997252528 | 202.00 | 0115* | Oct.  25 | 9395479635 | 325.00 |
| 0109* | Oct.  19 | 9192952383 | 189.00 | | | | |

* Gap in check sequence

| | |
|---|---|
| Conventional Checks Paid ( 9 ) | $      1,669.42- |

### Checks Presented Electronically

| Check | Date | Ref Number | Amount | Description of Transaction | Payee |
|---|---|---|---|---|---|
| 0102 | Oct.  13 | | 106.57 | ARC PYMT | SDG&E |
| 0105 * | Oct.  13 | | 113.40 | ARC | VZ WIRELESS ARC |

* Gap in check sequence

| | |
|---|---|
| Electronic Checks Paid ( 2 ) | $        219.97- |
| Total Checks Paid | $      1,889.39- |



ESTATE OF LORETTA MUNTG-SEEBY
DEBTOR IN POSSESSION
BANKRUPTCY CASE #10-16444-LT11
FREDERICK E SEEBY,SR
162 RIDGE VIEW WAY
OCEANSIDE  CA 92057-7533

Account Number:
1 534 6595 3104
Statement Period:
Sep. 24, 2010
through
Oct. 25, 2010

Page 4 of 4



---

**SILVER ELITE CHECKING**                                                                    **(CONTINUED)**

U.S. Bank National Association                                              **Account Number  1-534-6595-3104**

## Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| Oct. 12 | 1,687.57 | Oct. 15 | 1,893.78 | Oct. 20 | 1,272.58 |
| Oct. 13 | 709.45 | Oct. 18 | 1,748.87 | Oct. 21 | 1,136.57 |
| Oct. 14 | 493.20 | Oct. 19 | 1,316.67 | Oct. 25 | 607.34 |

Balances only appear for days reflecting change.