FILED

10 DEC 20 PM 2:21

CLERK
~~U.S. BANKRUPTCY~~
SO. DIST OF CALIF.

**UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
SOUTHERN DISTRICT OF CALIFORNIA**

In Re:

Loretta Margaret Mountz-Seeby
& Frederick Eugene Seeby

Debtor(s).

CHAPTER 11 (NON-BUSINESS)

CASE NO. 10 - BK - 16444 - LT11

REPORT NO. 2

FOR THE MONTH ENDING:
November 2010

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — $ 4399.32

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — $ 1677.38

3. BEGINNING BALANCE: — $ 2904.46

4. RECEIPTS DURING CURRENT PERIOD**:

5. BALANCE: — $ 5626.40

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD (Total from Page 2) — $ 4347.00

7. ENDING BALANCE: — $ 1279.40

8. GENERAL ACCOUNT NUMBER 153 466 340 756
   DEPOSITORY NAME AND LOCATION US BANK, Old Grove Blvd,

   Branch, Oceanside, CA 92057

* _All_ receipts must be deposited into the general account.
** Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.

Debtor-in-Possession Monthly Operating Report (Non-Business) - Page 1 of 6

ORR-page 36 (rev. 03/01/08)

SDMC 16444 Mon

# TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 11/08/2010 | Debit | Home Depot | Roof Replacement Material Fram Rental - 1125 Cabrillo Cir | $ 493.39 |
| 11/08/2010 | Debit | Coast Compounding | Perscriptions For Loretta + Villyn | $ 67.22 |
| 11/08/2010 | Debit | Ralphs | Food | $ 47.03 |
| 11/08/2010 | Debit | Stater Bros | Grocery's | $ 28.97 |
| 11/8/2010 | Debit | Andrus Salon | Hair Cut for Gene | $ 20.00 |
| 11/8/2010 | Debit | Albertson | Grocery's | $ 18.82 |
| 11/8/2010 | Debit | Ralphs | Grocery's | $ 17.06 |
| 11/8/2010 | Debit | Walmart |  | $ 14.14 |
| 11/8 | Debit | Shell Stat | Gas | $ 12.66 |
| 11/8 | '' | '' |  | $ 12.66 |
| 11/8 | D | Shell SM | Cigarettes & Drinks | $ 9.70 |
| 11/8 | '' | Shell | Cigerette | $ 7.11 |
| 11/8 | '' | Village Pizza | Dining out Lunch | $ 6.40 |
| 11/8 | '' | Alberston | N Grocery | $ 3.59 |
| 11/8 | '' | Red Box | Movie Entertainm | $ 1.09 |
| 11/8 | 1 | Red Box | Movie '' | $ 1.09 |
| 11/8 | 121 | Vista Christian | Daughters School Tuition | $ 485.00 |
| 11/10/2010 | 124 | McWacky Vet | Pet Shots & Checkup | $ 96.00 |
| 11 | · | Caremark Maul | Perscriptions by Mail | $ 60.00 |
|  | 123 |  |  | $ 50.00 |
| 11/10/2010 | Debit | Boot World | Wm. Boots added $21.75 for Work Boots | $ 21.75 |
| 11/10 | Debit | Ralphs | Beer | $ 18.85 |
| 11/10 | Debit | SAN Marcos Shell | Cigerettes | $ 7.60 |
| 11/10 | Debit | Shell Station | Shell Service | $ 6.95 |
| 11/10 | Debit | Burger King | Lunch | $ 2.18 |

TOTAL DISBURSEMENTS THIS PERIOD: $ 1,509.26

*Add additional pages as necessary to include all disbursements.*

Debtor-in-Possession Monthly Operating Report (Non-Business) - Page 2 of 6

1509.26

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|------|------|------|------|
| 11/10 | Debit | City of San Clemte | | $ 1.00 |
| " | " | " | | $ 1.00 |
| 11/12/2010 | | EOI, Inc | | $ 49.00 |
| " | Debit | Ulta | Cleanser | $ 46.00 |
| 11/2/2010 | Debit | USb Council | | $ 40.00 |
| 11/12/2010 | Debit | CVS | Perscription | $ 21.12 |
| | Total | Acct Ending 3104 | | $ |
| | | | | $ |
| | | Begin Checking Account 0756 | | $ |
| Pay from Loretta → | OPENed | 11/19/2010 Balance | | $2500.00 |
| | | | Depost for Wandering Creek | $ 945.00 |
| 11/26/2010 | | Transfer from Checking Acct 000153465953104 | | $ 933.35 |
| 11/29/2010 | Debt | US Bank | Printing Charge for Checks | $ -10.00 |
| | | | | $ |
| | | | | $ |
| | | My Account was opened Wrong 03104 | | $ |
| | | With Another Branch of US BANK, They decided | | $ |
| | | they did n't want me to use there Branch and | | $ |
| | | was requested to Cancel the (Closed) Account. Opend | | $ |
| | | an account on 11/19/2010 at the US Bank old | | $ |
| | | Grove Branch. They were very Helpful and opend | | $ |
| | | the Account Properly without a debit Card and | | $ |
| | | will have my Statements ending last Day of month | | $ |
| | | But will Not Start until the end of December | | $ |

Also Because After Closing my account 3104 I was Not able to Pull my Statement off line. Attached

**TOTAL DISBURSEMENTS THIS PERIOD: $ 1677.38**

*Add additional pages as necessary to include all disbursements.*

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS, AND OTHER PARTIES TO EXECUTORY CONTRACTS

| CREDITOR, LESSOR, ETC. | FREQUENCY OF PAYMENTS (Mo./Qtr.) | AMOUNT OF PAYMENT | POST-PETITION PAYMENTS NOT MADE (NUMBER) | TOTAL DUE |
|---|---|---|---|---|
| Chase | Mo | 2049.00 | 3 | |
| LPBS | Mo | 998.00 | O | |
| Wuchavia | Mo | 1397.00 | O | |
| GMAC | Mo | 1300.00 | 6 | 7800.00 |

## III. INSURANCE COVERAGE

| | NAME OF CARRIER | AMOUNT OF COVERAGE | POLICY EXPIRATION DATE | PREMIUM PAID THROUGH: |
|---|---|---|---|---|
| General Liability | | | | |
| Worker Compensation | | | | |
| Casualty | | | | |
| Vehicle | Farmers Ins. | | 06/15/2011 | 12/15/2010 |
| 162 Ridge View Wy | " | 298,000.00 | 1/22/2011 | 12/22/2010 |
| 1125 Cabrio Circle Vista, CA 92057 | Farmers | 230,000.00 | 12/15/2011 | 12/15/2011 |

7010 Wandering Creek; Maddenburg  132,000.00  7/27/2011  7/27/2011
M

412 E Van Ness SLC, Utah

## IV. SUMMARY SCHEDULE OF CASH

ENDING BALANCES FOR PERIOD:

GENERAL ACCOUNT           $ 1,279.40
OTHER ACCOUNTS*: _____  $ 0
OTHER MONIES*: _____   $ 0

TOTAL CASH AVAILABLE      $ 1,279.40

---

*  *Specify the fund and the type of holding (i.e., CD, Savings Account, Investment securities, etc.), and the depository name, location, and account number.*

*NOTE: Attach copies of monthly accounts statements from financial institutions for each account.*

## UNITED STATES TRUSTEE QUARTERLY FEES
### (TOTAL PAYMENTS)

| Qtrly Period Ending | Total Disbursements | Qtrly Fees | Date Paid | Amount Paid | Qtrly Fee Still Owing |
|---|---|---|---|---|---|
| Sept 2010 | 325.00 | 325.00 | 10/20/2010 | 325.00 | 0 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## VI. SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Authorized Gross Compensation* | Gross Compensation Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

\* Please indicate how compensation was identified in the order (e.g., $1,000/wk, $2,500/mo)

## VII. SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Payment | Description | Amount Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Debtor-in-Possession Monthly Operating Report (Non-Business) - Page 5 of 6

ORR-page 40 (rev. 03/01/08)

## VIII. QUESTIONNAIRE

1. Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?

   _____ No.

   ✓ Yes. Explain Wells Fargo Dealer Services    #1561.50
   I felt I should Pay this Current so I would Not Be Behind

2. State what progress was made during the reporting period toward filing a Plan of Reorganization:
   Have not been able to get a Response from Atty St John.
   Do Not Know if he started the Lien Stripping the Authorization for
   Payment for Him & Me.

3. Describe potential future developments which may have a significant impact on the case.
   The Property located @ Twined Creek was forclosed on By
   HOA and for $3,000.00  Bof A is Mortgage company(s)
   I will Not be having Income on on this Property.
   $714.00/mth Rent.

4. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

5. Did you receive any exempt income this month, which is not set forth in the operating report?
   ✓ No.
   _____ Yes. Please set forth the amounts and the source of the income.

   _____
   _____
   _____

I, Loretta Muntz-Seely Debtor in Possession (Name and title), declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession non-business report and that the information contained herein is true and complete to the best of my knowledge.

Date: 12-20-2010

_____
Principal for debtor-in-possession



## OPTIONAL PAYMENT PLAN

(This option does not apply to premiums paid by mortgagees.)

Would you prefer to pay one half of this premium now and the balance in 60 days after your renewal/effective date?

If yes, add $ 5.00 to one half of the amount now due for your premium (the charge is to cover handling costs).

Later on, you will receive a statement for the remaining unpaid portion of your premium which will be due 60 days from the renewal/effective date. No further service charge will be made at that time.

Thank you for your business.

---

### DETACH AND RETURN LOWER INVOICE PORTION
### WITH YOUR PAYMENT

25-2871  12-06                                                                                                    A28714A1

To pay with credit/debit card, please contact your agent.

**VISA** MasterCard

**I N V O I C E**

MAKE CHECK PAYABLE TO:  MID-CENTURY INSURANCE COMPANY, LOS ANGELES, CALIFORNIA
PLEASE WRITE YOUR POLICY NUMBER ON YOUR CHECK. YOUR CANCELLED CHECK IS YOUR RECEIPT.

| POLICY NUMBER | TOTAL DUE | AMOUNT ENCLOSED | DUE DATE |
|---|---|---|---|
| 94170-99-47 | 714.34 | | 01-22-2011 |

| NAMED INSURED: |
|---|
| F SEEBY, L MUNTZ-SEEBY |

You can now pay your bill and view your policy online, see details at www.farmers.com

3b43999417099470714940362173

*162 Ridg View [illegible]*
*Oceanside, CA 92057*

FARMERS INS GRP OF COS
PO BOX 894729
L.A. CA 90189-4729

25-2871  12-06    A28714A1

POLICY NUMBER   UUD-029-00071

## UNITED INSURANCE GROUP
P.O. BOX 971600   OREM, UT   84097
**Underwriting Managers For**

## CSE Safeguard Insurance Company

| AGENT |
|---|
| Morse Insurance Agency |
| 1920 West 5200 South Suite 6 |
| Roy, UT 84067 |
| Ph (801) 776-1626  FAX (801) 775-9309 |

### **DWELLING FIRE POLICY DECLARATIONS**

| NAMED INSURED |
|---|
| SEEBY, LORETTA, FREDRICK |
| 162 RIDGEVIEW WAY |
| OCEAN SIDE, CA  92057 |
| Phone (760) 231-7848 |
| Location: 412 E VAN NESS PLACE |
| SALT LAKE CITY, UT  84111 |

### POLICY INFORMATION

Original Effective Date & Time: 12-14-04  11:14 AM
Policy Period: 12/14/10 to 12/14/11
***POLICY RENEWAL***
**EFFECTIVE DATE: 12/14/10**
Policy Paid To: 12-16-10
**Message:**
Net Premium Change:

### COVERAGE AND LIMITS OF LIABILITY

| Deductible | Dwelling (A) | Other Struct (B) | Personal Prop (C) | Loss Of Rents (D) | Personal Lia (L) | Medical Pmts (M) |
|---|---|---|---|---|---|---|
| $500 | $312,000 | $31,200 | $0 | $31,200 | $300,000 | $1,000 |

| Construction Type: Masonry Veneer | Construction Year: 1906 | Protection Class: 4 | Units: 3-4 |
|---|---|---|---|

### OPTIONAL COVERAGES

| OPTIONAL COVERAGES | Coverage | Premium | OPTIONAL COVERAGES, continued | Coverage | Premium |
|---|---|---|---|---|---|
| Vandalism and Malicious Mischief | Yes* | INCL. | Residence Burglary $5000 Limit | No | $ 0.00 |
| Earthquake | No | $ 0.00 | Increase Other Structures | No | $ 0.00 |

* See policy for complete coverage information

### ADDITIONAL INTEREST

| First Mortgagee | Second Mortgagee | Other Mortgagee |
|---|---|---|
| WACHOVIA MORTGAGE<br>IT'S SUCCESSORS AND/OR ASSIGNS, ATIMA<br>P.O. BOX 7512<br>SPRINGFIELD, OH  45501-7512<br>Loan Number: 0048599500 | | US DEPARTMENT OF JUSTICE<br>UNITED STATES TRUSTEE<br>402 W BROADWAY #600<br>SAN DIEGO, CA  92101<br>Loan Number: CASE #10-16444-LT#11 |

### RATING MERITS

| | | |
|---|---|---|
| Newer Home: N | Seasonal Dwelling: N | SurePay: N |
| Protective Device: N | Tenant Occupied: Y | Pool: N |
| Prior Losses: Y | Under Const./Renov.: N | Unsupported Policy: Y |

### BILLING

Annual Premium: $ 1039.00*
Premium to be paid by: First Mortgagee

*Policy premium includes a $10 policy fee.

Forms & Endorsements Which Apply:
DP 00 03 0788 DP 01 43 0204 PRE 1215 (03/97) GLE 8023 (01/92) PRE 1217(01/04) UT HO23(8/02) DOG-00(01/04)
DL 2401 0788 DL 0143 0204 DL 2416 0788 DL 2411 0788 DL 24 71 0402 DP 04 22 0402

To report a claim phone 1-877-875-8038 (24 hrs/day)

# GMAC
# Mortgage

3451 Hammond Avenue
Waterloo, IA 50702
1-866-725-0782/Follow the Prompts

**Important Note**: In accordance with RESPA requirements, this notice is being sent as a result of the review completed on your escrow account.

## ESCROW ANALYSIS STATEMENT

ACCOUNT NUMBER: 0713300417

PROPERTY ADDRESS:
1125 CABRILLO CIRCLE
VISTA CA 92084-0000

ANALYSIS DATE: OCTOBER 25, 2010

46419-0000090-001
LORETTA MUNTZ-SEEBY
162 RIDGE VIEW WAY
OCEANSIDE CA  92057-7533

PLEASE KEEP THIS ESCROW ANALYSIS FOR COMPARISON TO NEXT YEAR'S STATEMENT.

Section 1:

| DESCRIPTION | NEXT DUE DATE | ESTIMATED AMOUNT(S) OF NEXT DISBURSEMENT | AMOUNT(S) USED IN PRIOR ANALYSIS |
|---|---|---|---|
| FIRE | DECEMBER 2010 | 632.77 | 632.77 |
| COUNTY | DECEMBER 2010 | 1,207.70 | 1,207.70 |
| COUNTY | APRIL 2011 | 1,207.70 | 1,207.70 |
| | TOTAL ANNUAL DISBURSEMENTS: | 3,048.17 | 3,048.17 |
| | TOTAL ESCROW PAYMENT: | 254.01 | 254.01 |

The amounts above are based on either an estimate previously provided or the amount last disbursed.

**NOTE**: If you pay the escrow shortage amount of $82.14, your new total payment will automatically be adjusted to $1,334.59 effective with your OCTOBER 01, 2010 payment. If you do not pay the shortage, your total payment effective OCTOBER 01, 2010 will be $1,341.43.

| Payment change: | New | Prior Analysis |
|---|---|---|
| Escrow | 254.01 | 254.01 |
| Surplus/Shortage | - 6.84 | 11.72 |
| Escrow Shortage Spread 12 Months | | |
| | | |
| Total | 260.85 | 265.73 |
| Principal/Interest | 1,080.58 | 1,080.58 |
| Total Payment | 1,341.43 | 1,346.31 |

Depending on the timing of when your next billing notice is released, you may not see the payment change until the following billing notice.

For details about the difference between the old and new payment amounts, please reference the ESTIMATED AMOUNT(S) OF NEXT DISBURSEMENT and AMOUNT(S) USED IN PRIOR ANALYSIS columns listed above.

**Any questions regarding changes in the "Estimated Amount of Next Disbursement" should be directed to your Tax Authority and/or Insurance Company. To reach our insurance department call: 1-800-256-9962.**

By sending your check, please be aware that you are authorizing us to use information on your check to make a one-time electronic debit to your account at the financial institution indicated on the check. This electronic debit will be for the amount of your check.

If you are utilizing a military allotment, or third-party company to make payments on your behalf, please notify your service of any payment changes.

NOTE — you must use the below address when remitting your escrow shortage payment

THIS COUPON MUST ACCOMPANY YOUR ESCROW SHORTAGE PAYMENT

690-0680-1200F

Section 2.

ANALYSIS TYPE: 1/6 AGGREGATE
PROJECTED ESCROW BALANCE AS OF: SEPTEMBER 30, 2010          ACCOUNT NUMBER: 0713300417
                                                                1,695.98  *

* Projected balance reflects all receipts and disbursements made prior to the date of analysis and all mortgagor payments and disbursements anticipated to be made prior to the effective date of analysis.

| DATE | RECEIPTS | PROJECTED DISBURSEMENTS | CUR. BAL. PROJECTIONS | REQ. BAL. PROJECTIONS |
|---|---|---|---|---|
| PROJECTED | BALANCE | | | |
| 10/01/10 | 254.01 | .00 | 1,695.98 | 1,778.12 |
| 11/01/10 | 254.01 | .00 | 1,949.99 | 2,032.13 |
| 12/01/10 | 254.01 | .00 | 2,204.00 | 2,286.14 |
| 12/01/10 | .00 | 632.77- | 1,825.24 | 1,907.38 |
| 01/01/11 | 254.01 | 1,207.70- | 617.54 | 699.68 |
| 02/01/11 | 254.01 | .00 | 871.55 | 953.69 |
| 03/01/11 | 254.01 | .00 | 1,125.56 | 1,207.70 |
| 04/01/11 | 254.01 | .00 | 1,379.57 | 1,461.71 |
| 05/01/11 | 254.01 | 1,207.70- | 425.88 | 508.02 L |
| 06/01/11 | 254.01 | .00 | 679.89 | 762.03 |
| 07/01/11 | 254.01 | .00 | 933.90 | 1,016.04 |
| 08/01/11 | 254.01 | .00 | 1,187.91 | 1,270.05 |
| 09/01/11 | 254.01 | .00 | 1,441.92 | 1,524.06 |
| | | .00 | 1,695.93 | 1,778.07 |

| Current Escrow Balance: | 140.01- | | |
|---|---|---|---|
| Esc Rcpts to Eff Dt | | Esc Disb Prior to Eff Dt | |
| Due Dt | Due Amt | Disb Date | Disb Amt |
| 03/10 | 253.67 | | |
| 04/10 | 253.67 | | |
| 05/10 | 1,328.65 * | | |

*Indicates Sum of Remaining Escrow Payments & /or Escrow Disbursements to Effective Date.

L  ANTICIPATED LOW POINT FOR ANALYSIS PERIOD:
425.88

MAXIMUM PERMITTED LOW-POINT: (EXCLUDING MIP)
508.02

---

**Section 3:** ➡ | SHORTAGE | 82.14

ESCROW ACCOUNT ACTIVITY (MAY 01, 2010 - SEPTEMBER 30, 2010)

| DATE | TXN | PREV PROJ AMOUNT | PREV PROJ BALANCE | TXN | ACTUAL AMOUNT | ACTUAL BALANCE |
|---|---|---|---|---|---|---|
| 03/01/10 | PAYMENT | 242.85 | 1,187.54 | | .00 | 560.35 |
| 03/01/10 | PAYMENT | 242.85 | 1,410.19 | TAX | 1,207.70- | 647.35- |
| 04/01/10 | PAYMENT | 242.85 | 488.90 | PAYMENT | 253.67 | 393.68- |
| 04/01/10 | TAX | 1,787.84- | 488.90 | | .00 | 393.68- |
| BEGINNING BALANCE | | | 508.87 | | | 393.68- |
| 05/01/10 | PAYMENT | 254.01 | 762.65 | PAYMENT | 253.67 | 140.01- |
| 06/01/10 | PAYMENT | 254.01 | 1,016.03 | | .00 | 140.01- |
| 07/01/10 | PAYMENT | 254.01 | 1,270.02 | | .00 | 140.01- |
| 08/01/10 | PAYMENT | 254.01 | 1,524.11 | | .00 | 140.01- |
| 09/01/10 | PAYMENT | 254.01 | 1,778.12 | | .00 | 140.01- |

 **LBPS**™

**Lender Business Process Services**
14523 SW Millikan Way; Suite 200; Beaverton, OR 97005

**Business Hours (Pacific Time)**
Mon–Thu 5:00am to 9:00pm; Fri 5:00am to 6:00pm
Sat 6:00am to 12:00pm; Sun 11:00am to 5:00pm

**Payments**
P.O. Box 7182; Pasadena, CA 91109-7182

**Correspondence**
PO Box 4121; Beaverton, OR 97076-4121

**Phone**
866.570.5277

**Fax**
866.576.5277

**Website**
www.lbps.com

November 28, 2010

*L724D*

MUNTZ-SEEBY, LORETTA
162 RIDGE VIEW WAY
OCEANSIDE, CA 92057

RE: Loan No.: 9786791

IBM Lender Business Process Services, Inc. (LBPS) is the servicer of the above-referenced loan. Your loan is in default; this includes non-payment of the amount below.

    Amount Due:       $5,169.13
    Amount Due By:    January 2, 2011  ("Expiration Date")

We hereby demand that you cure the default by payment of the amount shown above. In addition, your regular payment may become due by the Expiration Date. The delinquent amount of principal continues to accrue interest.

If full payment of the default amount is not received by us in the form of a certified check, cashier's check, or money order, on or before the Expiration Date, we will accelerate the maturity date of your loan and upon such acceleration the ENTIRE indebtedness of the loan, including principal, accrued interest, and all other sums due thereunder, shall, at once and without further notice, become immediately due and payable. Any such action will not take place before 45 days from the date of this notice.

Failure to cure the default will result in acceleration of the sums secured by the mortgage and may result in the sale of the premises. If you send only a partial payment, the loan still will be in default and we may keep the payment and still will accelerate the maturity date.

IF THE DEFAULT IS NOT CURED ON OR BEFORE THE EXPIRATION DATE, THE LOAN OWNER AND WE INTEND TO ENFORCE THE LOAN OWNER'S RIGHTS AND REMEDIES AND MAY PROCEED WITHOUT FURTHER NOTICE TO COMMENCE FORECLOSURE PROCEEDINGS. ADDITIONAL FEES SUCH AS FORECLOSURE COSTS AND LEGAL FEES MAY BE ADDED PURSUANT TO THE TERMS OF THE LOAN DOCUMENTS.

Nothing contained in this letter or in any other communication regarding the loan shall modify or waive any term or provision of the loan. The status of your loan may be reported to credit reporting agencies.

You have the right to reinstate your loan after acceleration and the right to bring a court action or assert in the foreclosure proceedings the nonexistence of a default or any other defense to acceleration and sale. If you reinstate your loan after acceleration, the loan no longer will be immediately due in full.

(Continued)

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AS WE SOMETIMES ACT AS A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS LETTER IS NOT AN ATTEMPT TO COLLECT THE DEBT, BUT NOTICE OF POSSIBLE ENFORCEMENT OF OUR LIEN AGAINST THE COLLATERAL PROPERTY. COLORADO: FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA. LBPS maintains a local office at 600 Seventeenth Street, Suite 300 North Tower, Denver, CO 80202. The office's phone number is 866.436.4766. NEW YORK CITY: 1331537, 1340663, 1340148. TENNESSEE: This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. IBM Lender Business Process Services, Inc. is licensed to do business at 14523 SW Millikan Way, Beaverton, OR.

MUNTZ-SEEBY, LORETTA
Loan No.: 9786791
Page 2
November 28, 2010

North Carolina law requires that we provide the following notices:

Options may be available to avoid foreclosure. You may discuss such options with LBPS or a counseling agency approved by the United States Department of Housing and Urban Development (HUD). You may contact LBPS in writing at PO Box 4121; Beaverton, OR 97076-4121; you may also call us at 866.570.5277. The following are some of the HUD-approved counseling agencies operating within North Carolina:

| Agency Name | Telephone and website | Address |
|---|---|---|
| CCCS OF GREATER GREENSBORO | P: 336.373.8882<br>T: 888.755.2227<br>F: 336.387.9167<br>W: www.familyservice-piedmont.org | 513-C White Oak St.<br>Asheboro, North Carolina 27203 |
| THE HOUSING PARTNERSHIP OF CHARLOTTE-MECKLENBURG | P: 704.342.0933<br>F: 704.342.2745<br>W: www.cmhp.org | 4601 Charlotte Park Drive<br>Suite 350<br>Charlotte, North Carolina 28217 |
| CONSUMER CREDIT COUNSELING SERVICE OF WNC, INC. - DBA - ONTRACK FINANCIAL EDUCATION & COUNSELING | P: 828.255.5166 x 123<br>T: 800.737.5485<br>F: 828.255.5129<br>W: www.ontrackwnc.org | 50 S French Broad Ave Ste 227<br>Asheville, North Carolina 28801-3217 |
| NACA (NEIGHBORHOOD ASSISTANCE CORPORATION OF AMERICA) RALEIGH, NC | P: 919.855.8484<br>T: 888.297.5568<br>W: www.naca.com | 3109 Poplarwood Court<br>Suite 125<br>Raleigh, North Carolina 27604 |
| MONROE-UNION COUNTY COMMUNITY DEVELOPMENT CORPORATION | P: 704.283.8804<br>T: 704.283.8804<br>F: 704.292.1037<br>W: www.mucdc.com | 349 East Franklin Street<br>P.O. Box 887<br>Monroe, North Carolina 28112 |
| GREENVILLE HOUSING DEVELOPMENT CORPORATION | P: 252.329.4000 x 5123<br>F: 252.3293.4026<br>W: www.ghdc.net | 1103 Broad Street<br>Greenville, North Carolina 27834 |

(Continued)

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AS WE SOMETIMES ACT AS A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS LETTER IS NOT AN ATTEMPT TO COLLECT THE DEBT, BUT NOTICE OF POSSIBLE ENFORCEMENT OF OUR LIEN AGAINST THE COLLATERAL PROPERTY. COLORADO: FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA. LBPS maintains a local office at 600 Seventeenth Street, Suite 800 North Tower, Denver, CO 80202. The office's phone number is 866.436.4766. NEW YORK CITY: 1331537, 1340663, 1340148. TENNESSEE: This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. IBM Lender Business Process Services, Inc. is licensed to do business at 14523 SW Millikan Way, Beaverton, OR.

MUNTZ-SEEBY, LORETTA
Loan No.: 9786791
Page 3
November 28, 2010

We would be pleased to work with you and any approved counseling agency assisting you with your loan. For a complete list of HUD-approved counseling agencies operating within North Carolina, you can access the HUD website directly at www.hud.gov or through the link provided in the LBPS website at www.lbps.com. Please note: the counseling agencies listed above are not affiliated with LBPS. LBPS is receiving no payment or compensation of any kind for its mention of them in this letter. LBPS does not endorse any particular counseling agency.

The contact information for the consumer complaint section of the Office of the Commissioner of Banks:

    Location: 316 W. Edenton St. Raleigh, NC 27603
    Mailing: 4309 Mail Service Center Raleigh, NC 27699-4309
    Phone: 888.442.8188
    Fax: 919.733.6918
    http://www.nccob.org

The following is an itemization of all past due amounts causing your loan to be in default, plus all charges that must be paid in order to bring your loan current:

| Past Due Installments: | Totals |
|---|---|
| Principal | $0.00 |
| Interest | 3,568.95 |
| Escrow Installment | 1,377.60 |
| | $4,946.55 |
| Other Open Charges: | |
| Late Charges | $177.58 |
| Property Inspections | 45.00 |
| | $222.58 |
| Less Suspense (Balance) | $0.00 |
| **TOTAL** | **$5,169.13** |

If you have any questions, please contact us at our toll-free number above.

Sincerely,

Lender Business Process Services

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AS WE SOMETIMES ACT AS A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS LETTER IS NOT AN ATTEMPT TO COLLECT THE DEBT, BUT NOTICE OF POSSIBLE ENFORCEMENT OF OUR LIEN AGAINST THE COLLATERAL PROPERTY. COLORADO: FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA. LBPS maintains a local office at 600 Seventeenth Street, Suite 800 North Tower, Denver, CO 80202. The office's phone number is 866.436.4766. NEW YORK CITY: 1331537, 1340663, 1340148. TENNESSEE: This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. IBM Lender Business Process Services, Inc. is licensed to do business at 14523 SW Millikan Way, Beaverton, OR.



**Bank of America**

**Home Loans**
Mail Stop, TX2-983-03-02
2375 N. Glenville Drive, Bldg B
Richardson, TX 75082

**Notice Date:** November 20, 2010

**Account No.:** 149572680

Loretta Muntz-Seeby
162 Ridge View Way
Oceanside, CA 92057

**Property Address:**
8751 Twined Creek Lane
Charlotte, NC 28227

---

**IMPORTANT MESSAGE ABOUT YOUR ACCOUNT**

We are writing to notify you that the holder of your mortgage note has assessed fee(s), expense(s), and/or cost(s) against your mortgage note within the past 30 days as permitted by your mortgage note and/or deed of trust.

**WHAT THIS MEANS**

The following fee(s), expense(s) and/or cost(s) have been assessed against your mortgage note for the following reasons:

1.  **Late fee** in the amount of $0.00. Your XXX payment was not timely received; accordingly, as permitted by your mortgage or deed of trust, a monthly late fee has been assessed.

2.  **Escrow Disbursements** – Pursuant to the terms of your escrow agreement, BAC Home Loans Servicing, LP is responsible for the payment of property taxes and homeowner's insurance from your escrow account. In addition, you are also required to have mortgage insurance on this property, which is paid out monthly. Payments from your escrow account for these items have been disbursed as follows:

| Date | Description | Payee | Amount |
|------|-------------|-------|--------|
| 11/04/10 | County Tax | Mecklenburg Co Tax Coll-nc | $966.49 |

3.  **Fees and Costs** – Additional fees and/or costs assessed against your mortgage note have been paid as reflected below:

    **Inspection fee**—for services performed to determine the condition and occupancy of your property in order to secure the investor's interest and adhere to city and county codes:

| Date | Description | Payee | Amount |
|------|-------------|-------|--------|
| 11/02/10 | Inspection-occupied | Countrywide Field Services | $15.00 |

**Brokers Price Opinion/Appraisal** performed to determine the value of the property:

| Date | Description | Payee | Amount |
|------|-------------|-------|--------|
| | | | |

**Attorneys fees and/or costs incurred** in connection with the foreclosure or bankruptcy case and approved by court order or per statute:

| Date | Fee Description | Payee | Amount |
|------|-----------------|-------|--------|
| Date | Cost Description | Payee | Amount |
| Date | Cost Description | Payee | Amount |

# GMAC Mortgage


**MORTGAGE ACCOUNT STATEMENT**

PO BOX 4622
WATERLOO IA 50704-4622

### CUSTOMER INFORMATION

| | | |
|---|---|---|
| Name: | Loretta Muntz-Seeby | |
| Account Number: | 0713300417 | |
| Home Phone #: | (760)231-7858 | |

### PROPERTY ADDRESS

1125 CABRILLO CIRCLE
VISTA       CA 92084

02/11/10 11:00:3   0004541 2010111S JK189103 /U0XB0   1 OZ DCM JK1691 0000* 146316   FU

LORETTA MUNTZ-SEEBY
162 RIDGE VIEW WAY
OCEANSIDE CA 92057-7533



| | |
|---|---|
| **Customer Care Inquiries:** | **1-866-725-0782** |

Please verify your mailing address, borrower and co-borrower information.  Make necessary corrections on this portion of the statement, detach and mail to address listed for inquiries on the reverse side.

## Account Information

| | |
|---|---|
| Account Number | 0713300417 |
| Current Statement Date | November 18, 2010 |
| Maturity Date | August 01, 2037 |
| Interest Rate | 6.25000 |
| Current Principal Balance* | $298,313.57 |
| Current Escrow Balance | $1,370.01- |
| Interest Paid Year-to-Date | $3,241.74 |
| Taxes Paid Year-to-Date | $2,437.70 |

For questions on the servicing of your account,
call 1-866-725-0782.

## Details of Amount Due/Paid

| | |
|---|---|
| Principal and Interest | $1,080.58 |
| Subsidy/Buydown | $0.00 |
| Escrow | $260.85 |
| Unpaid Amount | $12,082.91 |
| Late Charges | $479.43 |
| Other | $1,641.10 |
| Total Unpaid Amount | $15,544.87 |
| Payment Date | March 01, 2010 |

| Description | Pmt Date | Tran. Date | Tran. Total | Principal | Interest | Escrow | Add'l Products | Late Charge | Other |
|---|---|---|---|---|---|---|---|---|---|
| County Tax Paid | 02/01/10 | 11/10/10 | $1,230.00 | | | $1,230.00 | | | |

*This is your Principal Balance only, not the amount required to pay the loan in full.  For payoff figures and mailing instructions, call the Customer Care number above or you may obtain necessary payoff figures through our automated system (24 hours a day, 7 days a week).
See back for automatic payment sign-up information and other payment options.

## Important News

Our records indicate that you have filed for bankruptcy protection. This statement is being provided as a convenience and in connection with your post-petition payments being made in accordance with your bankruptcy plan. If you do not want us to send you mortgage account statements in the future, please contact us at the number listed above.

See Reverse Side For Important Information And State Specific Disclosures

# WACHOVIA

## LOAN STATEMENT

2,762

Property Address:  412 E VAN NESS PL
SALT LAKE CITY    UT 84111-4312

Loan Number:  48599500

Payment Due Date:  12/15/10

Statement Date:  11/30/10

**Questions about your loan?**
For quick answers, call. . . . . . . . . . . . . . . . . . . . . . . 800-642-0257
9 a.m. – 9 p.m. Mon. – Fri., 9 a.m. – 6 p.m. Sat, Eastern Time
*(Please have your loan and Social Security numbers ready.)*

002762  YNNNNNN  M9DLLSTA

FREDERICK EUGENE SEEBY
LORETTA SEEBY
162 RIDGE VIEW WAY
OCEANSIDE          CA 92057-7533

## 1 PAYMENT OPTIONS

Select your option on the Payment Coupon below. *Please see*
*CHOOSING YOUR PAYMENT OPTIONS* on reverse side for explanations.

1) **Minimum Payment**                    4,275.72

To check the status of your Wachovia loan anytime, day or night,
visit us at . . . . . . . . . . . . . . . . . . . . . . . . . . . . Wachovia.com

For new purchase, refinance, or home equity loan assistance,
simply call . . . . . . . . . . . . . . . . . . . . . . . . . . . 800-914-8166

## 2 CURRENT PAYMENT EXPLANATION

| Payment Options | |
|---|---|
| Interest Due | 1,033.48 |
| Deferred Interest† | |
| Principal Paid | .01 |
| Escrow/Other | 319.74 |
| Total Past Due | 2,922.49 |
| Total Payment | 4,275.72 |

| Past Due Amount | Late Charges/ Fees Due | Total Past Due | Total Outstanding Deferred Interest† | Current Interest Rate |
|---|---|---|---|---|
| 2,706.46 | 216.03 | 2,922.49 | 1,821.29 | 5.900 |

†See explanation of deferred interest on reverse side under *CHOOSING YOUR PAYMENT OPTIONS.*

## 3 YEAR-TO-DATE INFORMATION

| Year-to-Date Payments | Year-to-Date Escrow Disbursements |
|---|---|
| Principal | Taxes |
| .09 | 2,444.69 |
| Interest | Additional Assessments |
| 9,301.41 | |
| Late Charges/ Fees | Homeowners Insurance |
| 15.00 | 1,039.00 |
| | Other |

## 4 TRANSACTION ACTIVITY

| Date | Description | Total | Principal | Interest Paid | Interest Rate | Escrow | Optional Insurance | Late Charges/ Other Fees | Unapplied Funds |
|---|---|---|---|---|---|---|---|---|---|
| 10/29 | BEGINNING BALANCE | | +210,199.90 | | | +759.78 | | | |
| 11/20 | HAZARD INS | 1,039.00 | | | | -1,039.00 | | | |
| 11/11 | COUNTY TAXES | 2,444.69 | | | | -2,444.69 | | | |
| 11/26 | LATE CHARGE | 62.01 | | | | | | 62.01 | |
| 11/30 | ENDING BALANCE | | +210,199.90 | | | -2,723.91 | | | |

## 5 IMPORTANT MESSAGES

### Wachovia.com

Maturity Date is 11/2049.
If you are currently in Bankruptcy this statement is for informational purposes only and may not include all
fees incurred.  Please contact the Bankruptcy Department at 1-866-259-7728 if you would like to stop
receiving statements, have any questions, do not accept this statement as a conforming statement, or to
request Reinstatement Figures, as this statement is not intended to be used for reinstatement purposes.
While the loan is in an active bankruptcy status, you may not be able to access the account online.

*Please detach coupon and return with payment. Thank you.*

the documents to release your lien (this is sometimes called a reconveyance fee).  You may
also incur a fee to record this release document (in the amount of the actual fee charged by
the county recorder, normally not more than $100).  In addition, if you have a home equity

# LBPS

## Account Statement

### Customer Service Information

✉ Write To:  **IBM Lender Business Process Services, Inc.**
P.O. Box 4121
Beaverton, OR 97076-4121

🕐 Business Hours:  **Mon-Thu 5am to 9pm; Fri 5am to 6pm
Sat 6am to 12pm; Sun 11am to 5pm PT**

☎ For Information:  **Call: 866.570.5277
Fax: 866.578.5277**

💻 OR Visit Us Online:  www.lbps.com

*See reverse side for additional important information*

### Borrower Information

Phone – Home:   760-231-7848
Phone – Work:

Property Address:   7010 WANDERING CREEK DR
CHARLOTTE, NC 28216-8004

5-769-00865-0017446-004-1-000-000-000-000

MUNTZ-SEEBY, LORETTA
162 RIDGE VIEW WAY
OCEANSIDE CA 92057-7533

---

### Account Information

**Loan Number:  9786791**

| | Year To Date Interest Paid | Year To Date Late Charges Paid | Year To Date Taxes Paid | Year To Date Principal Paid |
|---|---|---|---|---|
| | 0.00 | 0.00 | 1,601.20 | 0.00 |

Statement Date:  11/16/10

Interest Rate:  7.750%

| | New Principal Balance* | New Escrow Balance | New Interest Arrearage Balance | New Escrow Arrearage Balance |
|---|---|---|---|---|
| | 110,522.13 | -1,201.20 | 0.00 | 0.00 |

Payment Breakdown:
Principal & Interest:  $    713.79
Escrow:               $    311.00
Other:                $      0.00
-----------
Total:                $  1,024.79

*This is not a payoff figure. It does not include interest, fees, and costs.*

---

### Activity Since Your Last Statement

| Date | Description | Principal | Interest | Escrow | Late Charge/ Other Fees | Other | Suspense | Total |
|---|---|---|---|---|---|---|---|---|
| 10/21/10 | PROPERTY INSPECTIONS | .00 | .00 | .00 | -15.00 | .00 | .00 | -15.00 |
| 10/27/10 | ESCROW - INSURANCE | .00 | .00 | -90.36 | .00 | .00 | .00 | -90.36 |
| 11/02/10 | ESCROW - TAXES | .00 | .00 | -1,601.20 | .00 | .00 | .00 | -1,601.20 |

---

### Important Messages

NOTICE - CHECK PAYMENTS PROCESSED AS ELECTRONIC FUND TRANSFERS
When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

Please visit our website at www.lbps.com

 **LBPS**

**Lender Business Process Services**
14523 SW Millikan Way; Suite 200; Beaverton, OR 97005

**Business Hours (Pacific Time)**
Mon–Thu 5:00am to 9:00pm; Fri 5:00am to 6:00pm
Sat 6:00am to 12:00pm; Sun 11:00am to 5:00pm

**Payments**
P.O. Box 7162; Pasadena, CA 91109-7162

**Correspondence**
PC Box 4121; Beaverton, OR 97076-4121

**Phone**
866.570.5277

**Fax**
866.578.5277

**Website**
www.ibps.com

November 21, 2010

*L313E*

MUNTZ-SEEBY, LORETTA
162 RIDGE VIEW WAY
OCEANSIDE, CA 92057

RE:   Loan No.: 9786791

IBM Lender Business Process Services, Inc. (LBPS) is the servicer of the above-referenced loan.

Please be advised we have recently assessed the following fees, charges and/or disbursements to your loan:

| Date | Amount | Description |
|------|--------|-------------|
| 10/27/2010 | $90.36 | ESCROW - INSURANCE |
| 11/18/2010 | $15.00 | PROPERTY INSPECTIONS |
| 11/18/2010 | $90.36 | ESCROW - INSURANCE |
| 11/2/2010 | $1601.20 | ESCROW - TAXES |

If you are in a bankruptcy proceeding you will not need to pay these assessments unless:
• your bankruptcy proceeding is dismissed, or
• we obtain appropriate court approval (if such approval is required)

In addition, if you are in a bankruptcy proceeding this notice is not a demand for payment of these assessments.

If you have any questions, please contact us at our toll-free number above.

Sincerely,

Lender Business Process Services

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AS WE SOMETIMES ACT AS A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS LETTER IS NOT AN ATTEMPT TO COLLECT THE DEBT, BUT NOTICE OF POSSIBLE ENFORCEMENT OF OUR LIEN AGAINST THE COLLATERAL PROPERTY. COLORADO: FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA. LBPS maintains a local office at 600 Seventeenth Street, Suite 800 North Tower, Denver, CO 80202. The office's phone number is 866.436.4765. NEW YORK CITY: 1331537, 1340663, 1340148. TENNESSEE: This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. IBM Lender Business Process Services, Inc. is licensed to do business at 14523 SW Millikan Way, Beaverton, OR.



**Capital**One
*what's in your wallet?*

LORETTA M SEEBY

## YOU'RE BEHIND BY
# 5
# PAYMENTS

# IT'S STILL NOT TOO LATE.

Your account is unusable. Please pay the amount due on your statement by the due date. Remember we're here to help!

**Let's work together to find a solution that's right for you.**

You can make a payment with our *free* check by phone service or speak to an associate by calling 1.800.955.6600.

© 2009 Capital One. Capital One is a federally registered service mark. All rights reserved.

---

**Capital**One

Page 1 of 2    1-800-955-7070
www.capitalone.com

Oct. 12 - Nov. 11, 2010    31 Days in Billing Cycle

**World MasterCard**
**NEW BALANCE**
**$1,436.79**

XXXX-XXXX-XXXX-8801

Revolving Credit Limit: $10,000.00
Available Revolving Credit: $8,563.21

Cash Credit Limit: $3,500.00
Available Credit for Cash: $3,500.00

**MINIMUM PAYMENT WARNING:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| Payment Amount Each Period if No Additional Charges Are Made | Approximate Time to Pay Off Statement Balance | Estimated Total Cost |
|---|---|---|
| Minimum Payment | 9 Years | $2,285 |

If you would like information about credit counseling services, call 1-888-326-8055.

**LATE PAYMENT WARNING:** If we do not receive your minimum payment by your due date, you may have to pay a late fee of up to $35.00 and your APRs may be increased up to the Penalty APR of 29.40%.

| Previous Balance | | Payments and Credits | | Fees and Interest Charged | | Transactions | | New Balance |
|---|---|---|---|---|---|---|---|---|
| $1,367.12 | − | $0.00 | + | $69.67 | + | $0.00 | = | $1,436.79 |

## TRANSACTIONS

PAYMENTS, CREDITS & ADJUSTMENTS FOR LORETTA M SEEBY #8801

**FEES**

| 1 | 08 NOV | PAST DUE FEE | | $35.00 |
|---|---|---|---|---|
| | | Total Fees This Period | | $35.00 |
| | | Total Fees This Year | | $182.00 |

**INTEREST CHARGED**

| INTEREST CHARGE:PURCHASES | | $34.67 |
|---|---|---|
| Total Interest This Period | | $34.67 |
| Total Interest This Year | | $280.81 |

Transactions continue on page 2

# Help is Available.
## Just pick up the phone. 

Call 1-800-955-6600 and a specially trained agent will be happy to help you check your balance and make payments.

### INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 29.40% D | $1,388.29 | $34.67 |
| Cash | 29.40% D | $0.00 | $0.00 |

PLEASE RETURN PORTION BELOW WITH PAYMENT OR LOG ON TO WWW.CAPITALONE.COM TO MAKE YO

**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**SOUTHERN DISTRICT OF CALIFORNIA**

In Re:
Loretta Margaret Muntz-Seeby
& Frederick Eugene Seeby

                                    Debtor(s).

CHAPTER 11 (NON-BUSINESS)

CASE NO. *10 - BK - 16444 - LT11*

**REPORT NO.** *2*
FOR THE MONTH ENDING:
*November 2010*

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS $ *4399.32*

2. LESS:   TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS $ *1677.38*

3. BEGINNING BALANCE: $ *2904.46*

4. RECEIPTS DURING CURRENT PERIOD**:

5. BALANCE: $ *5626.40*

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   (Total from Page 2) $ *4347.00*

7. ENDING BALANCE: $ *1,279.40*

8. GENERAL ACCOUNT NUMBER *153 466340756*
   DEPOSITORY NAME AND LOCATION *US BANK, Old Grove Blvd,*
   *Branch, Oceanside, CA 92057*

\* *All receipts must be deposited into the general account.*
\*\* *Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.*

Debtor-in-Possession Monthly Operating Report (Non-Business) - Page 1 of 6

ORR-page 36 (rev. 03/01/08)

# TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

Evelyn 310

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| 11/08/2010 | Debit | Home Depot | Roof Replacement Materials from Rental - 1125 Cabrillo Cir | $ 493.39 |
| 11/08/2010 | Debit | Coast Componding | Perscriptions For Loretta + Vita | $ 67.22 |
| 11/08/2010 | Debit | Ralphs | Food | $ 47.03 |
| 11/08/2010 | Debit | Stater Bros | Grocery's | $ 28.97 |
| 11/8/2010 | Debit | Andrus Salon | Hair Cut for Gene | $ 20.00 |
| 11/8/2010 | Debit | Albertson | Grocery's | $ 18.82 |
| 11/8 2010 | Debit | Ralphs | Grocery's | $ 17.06 |
| 11/8/2010 | Debit | Walmart | | $ 14.14 |
| 11/8 | Deb | Shell Stat | Gas | $ 12.66 |
| 11/8 | " | " | | $ 12.66 |
| 11/8 | D | Shell, SM | Cigarettes & Drink | $ 9.70 |
| 11/8 | " | Shell | Cigarette | $ 7.16 |
| 11/8 | " | Village Pizza | Dining out Lunch | $ 6.40 |
| 11/8 | " | Albertson | N Grocery | $ 3.59 |
| 11/8 | | Red Box | Movie Entertainmen | $ 1.09 |
| 11/8 | 1 | Red Box | Movie " | $ 1.09 |
| 11/8 | 121 | Vista Christian | Daughters School Tuition | $ 485.00 |
| 11/10/2010 | 124 | McVarky Vet | Pet Shots & Checkup | $ 96.00 |
| " | . | Cremacks Maul | Perscriptions by Mail | $ 60.00 |
| | 123 | | | $ 50.00 |
| 11/10/2010 | Debit | Boot World | Wm. Boots added $21.75 for Work Boots | $ 21.75 |
| 11/10 | Debit | Ralphs | Beer | $ 18.85 |
| 11/10 | Debit | SAN Marcos Shell | Cigerettes | $ 7.60 |
| 11/10 | Debit | Shell Statim | Shell Service | $ 6.95 |
| 11/10 | Debit | Burger King | Lunch | $ 2.18 |

TOTAL DISBURSEMENTS THIS PERIOD: $ 1,509.26

*Add additional pages as necessary to include all disbursements.*

Debtor-in-Possession Monthly Operating Report (Non-Business) - Page 2 of 6

# TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

1509.26

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|------|------|------|------|
| 11/10 | Debit | City of San Clente | | $ 1.00 |
| " | " | " | | $ 1.00 |
| 11/12/2010 | | EOI, Inc | | $ 49.00 |
| " | Debit | Ulta | Cleanser | $ 46.00 |
| 11/2/2010 | Debit | Usb Occuncile | | $ 40.00 |
| 11/12/2010 | Deb, | CVS | Perscription | $ 21.12 |
| | Total Acct Ending 3104 | | | $ |
| | | | | $ |
| | Begin Checking Account 0756 | | | $ |
| Pay from Loretta → OPENED | | | 11/19/2010 Balance | $2500.00 |
| | | | Depost for Wandering Creek | $ 945.00 |
| 11/26/2010 | Transfer from Checking Act 000153485953104 | | | $ 933.35 |
| 11/29/2010 | Debt | US Bank | Printing Charge for Checks | $ -10.00 |
| | | | | $ |
| | | | | $ |
| | My Account was opened Wrong 03104 | | | $ |
| with Another Branch of US BANK, They decided | | | | $ |
| they did'7 want me to use there Branch and | | | | $ |
| was requested to Cancel the (Closed) Account. Opened | | | | $ |
| an account on 11/19/2010 at the US Bank Old | | | | $ |
| Grove Branch. They were very Helpful and opened | | | | $ |
| the Account Properly without a debit Card and | | | | $ |
| will have my Statements ending last Day of month | | | | $ |
| But will Not Start until the end of December | | | | $ |
| Also, Because After Closing my account 3104 I was Not | | | | |
| able to Pull my Statement off Line. Attached | | | | |

TOTAL DISBURSEMENTS THIS PERIOD: $ 1677.38

*Add additional pages as necessary to include all disbursements.*

# US bank

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

5893        TRN                    X    ST01

**Uni-Statement**

Account Number:
1 534 6595 3104
Statement Period:
Oct. 26, 2010
through
Nov. 23, 2010

Page 1 of 6

000055816 1 SP    106481842217338 S
ESTATE OF LORETTA MUNTZ-SEEBY
DEBTOR IN POSSESSION
BANKRUPTCY CASE #10-16444-LT11
FREDERICK E SEEBY,SR
162 RIDGE VIEW WAY
OCEANSIDE  CA 92057-7533



☎                        **To Contact U.S. Bank**

**By Phone:**              1-800-US BANKS
                        (1-800-872-2657)

**Telecommunications Device
for the Deaf:**              1-800-685-5065

**Internet:**                usbank.com

---

## NEWS FOR YOU

Send money fast with Western Union - find out how!

---

## INFORMATION YOU SHOULD KNOW

**Important Changes to U.S. Bank Overdraft Protection Policies and Fees**
Effective Nov. 14, 2010, if your checking account has another account(s) linked to it for Overdraft Protection, a $10 Overdraft Protection Transfer fee will be charged to your checking account each day funds are transferred from the account(s) linked for Overdraft Protection. If your checking account is overdrawn less than $10, a total of $10 will be transferred to your checking account and the Overdraft Protection Transfer Fee will be waived. The Overdraft Protection Transfer fee is $5 for U.S. Bank Gold Checking accounts and waived for U.S. Bank Platinum Checking accounts.

If you have another deposit account (savings, money market or checking) or Reserve Line linked for Overdraft Protection to your checking account, the amount transferred will be in multiples of $50. If the account used for Overdraft Protection does not have an available balance that will be enough to cover the overdrawn amount in your checking account, the remaining available balance will be transferred. If the checking account is overdrawn less than $10, a maximum of $10 will be transferred from the account used for Overdraft Protection.

Please refer to the "Important Changes to Your Consumer Deposit Account" pamphlet for complete details on changes to U.S. Bank Overdraft Protection policies and fee.

---

## SILVER ELITE CHECKING                                    Member FDIC

U.S. Bank National Association

**Account Summary**                          Account Number  1-534-6595-3104

| | | | |
|---|---|---|---|
| Beginning Balance on  Oct. 26 | $ | 607.34 | |
| Deposits / Credits | | 6,301.62 | Number of Days in Statement Period       29 |
| Card Withdrawals | | 2,852.55- | |
| Other Withdrawals | | 1,721.30- | |
| Checks Paid | | 1,279.91- | |
| **Ending Balance on  Nov. 23, 2010** | **$** | **1,055.20** | |

---

### Reward Program Summary

All Rewards shown are as of Nov. 23, 2010

**FlexPerks Cash Rewards Visa© Check Card**        Check Card Number: *3097        **FlexPerks**

| Reward Enrollment Date | Rewards Earned Program to Date | Rewards Redeemed Program to Date | Current Rewards Balance | Rewards Available to Redeem |
|---|---|---|---|---|
| 09/27/2010 | $      0.00 | $      0.00 | $      0.00 | $      0.00 |

**BALANCE YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Check Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.                                      $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.        $_____

5. Total lines 3 and 4.                                                                                   $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.                                                                                          $_____

7. Subtract line 6 from line 5. This is your balance.                                      $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**

**In Case of Errors or Questions About Your Checking, Savings, ATM, Check Card, ACH, Bill Pay and Other Electronic Transfers**

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank P.O. Box 64991 St. Paul, MN 55164-9505.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from point of sale debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

*Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**CONSUMER BILLING RIGHTS SUMMARY**

**In Case of Errors or Questions About Your Credit Card or Line of Credit Statement**

If you think your statement is wrong, or if you need more information about a transaction on your statement, write to us on a separate sheet at the address shown on your credit card or line of credit statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, provide us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Date the transaction occurred.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**SPECIAL RULE FOR CREDIT CARD PURCHASES**

If you have a problem with the quality of the goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.

**RESERVE LINE**

Reserve Line Balance Computation Method: To calculate the Balance Subject to Interest Rate (sometimes referred to as the "average daily balance"), we take the beginning balance of your account each day, add any new advances, and subtract any payments, credits and unpaid interest charges. This gives us a daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This is your Balance Subject to Interest Rate. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS**

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

Member FDIC



EQUAL HOUSING
LENDER



ESTATE OF LORETTA MUNTS-SEEBY
DEBTOR IN POSSESSION
BANKRUPTCY CASE #10-16444-LT11
FREDERICK E SEEBY,SR
162 RIDGE VIEW WAY
OCEANSIDE  CA 92057-7533

Account Number:
1 534 6595 3104
Statement Period:
Oct. 26, 2010
through
Nov. 23, 2010

Page 2 of 6



## SILVER ELITE CHECKING                                          (CONTINUED)
U.S. Bank National Association                    Account Number  1-534-6595-3104

**FlexPerks Cash Rewards Visa® Check Card**     Check Card Number: *7242     **FlexPerks**

| Reward Enrollment Date | Rewards Earned Program to Date | Rewards Redeemed Program to Date | Current Rewards Balance | Rewards Available to Redeem |
|---|---|---|---|---|
| 09/15/2010 | $        0.00 | $        0.00 | $      0.00 | $        0.00 |

### Deposits / Credits

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Oct. 28 | Electronic Deposit REF=10301003314991 N | From PARK AVENUE PROP PARK AVENU40009284 | | $        945.00 |
| Oct. 29 | Deposit | | 4238079818 | 714.33 |
| Nov. 1 | Deposit | | 7433531537 | 1,106.32 |
| Nov. 4 | Deposit | | 7530841058 | 150.00 |
| Nov. 10 | Visa (Non-PIN) Return THE HOME DEPOT 6 | On 110810 OCEANSIDE CA REF # 74610430313010174674 US1 | 3010174674 | 17.86 |
| Nov. 12 | ATM Deposit | USB OCEANSIDE OCEANSIDE CA Serial No. 009589093154SUS4Q018 | | 14.75 |
| Nov. 12 | Electronic Deposit REF=10313006621210 N | From COUNTY OF SAN DI DIR DEP  1956000934 | | 933.36 |
| Nov. 15 | ATM Deposit | US BANK OCEANSID OCEANSIDE CA Serial No. 009589093154SUS4Q018 | | 1,475.00 |
| | DEPOSIT AMOUNT KEYED | INCORRECTLY | | |
| Nov. 18 | Electronic Deposit REF=10322003638209 N | From PARK AVENUE PROP PARK AVENU40009284 | | 945.00 |

| | | | Total Deposits / Credits | $     6,301.62 |
|---|---|---|---|---|

### Card Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| | Card Number xxxx-xxxx-xxxx- 7242 | | | |
| Oct. 27 | Purchase w PIN 867427 | SMART & FINAL CO OCEANSIDE On 102710 ILNKILNK REF 030067867427 | 2710270737 | $        104.15- |
| Nov. 1 | Visa Purchase (Non-PIN) RALPHS #0054 | On 103110 OCEANSIDE CA REF # 24445710304500993085 US1 | 4500993085 | 98.93- |
| Nov. 1 | Visa Purchase (Non-PIN) DTV*DIRECTV SERV | On 102910 800-347-3288 CA REF # 24692160302000197603 US1 | 2000197603 | 100.00- |
| Nov. 1 | Visa Purchase (Non-PIN) DTV*DIRECTV SERV | On 102910 800-347-3288 CA REF # 24692160302000197604 US1 | 2000197604 | 110.00- |
| Nov. 2 | Purchase w PIN 042723 | USPS 0555620057/ OCEANSIDE On 110210 ILNKILNK REF 030616042723 | 2311021150 | 10.20- |
| Nov. 4 | Purchase w PIN 216112 | RALPHS 101 OLD G OCEANSIDE On 110310 ILNKILNK REF 030801216112 | 1211032033 | 30.48- |
| Nov. 8 | Visa Purchase (Non-PIN) REDBOX *DVD RENT | On 110610 OAKBRKTERRAC IL REF # 24692160310000657396 US1 | 0000657396 | 1.09- |
| Nov. 8 | Visa Purchase (Non-PIN) REDBOX *DVD RENT | On 110610 OAKBRKTERRAC IL REF # 24692160310000657536 US1 | 0000657536 | 1.09- |
| Nov. 8 | Purchase w PIN 742928 | #06767 ALBERTSON OCEANSIDE On 110610 ILNKILNK REF 031018742928 | 2811061708 | 3.59- |
| Nov. 8 | Visa Purchase (Non-PIN) ALBERTSONS #6767 | On 110610 OCEANSIDE CA REF # 24427330310720022832 US1 | 0720022832 | 18.82- |
| Nov. 8 | Visa Purchase (Non-PIN) RALPHS #0054 | On 110510 OCEANSIDE CA REF # 24445710310509234549 US1 | 0509234549 | 47.03- |
| Nov. 8 | Visa Purchase (Non-PIN) COAST COMPOUNDIN | On 110410 OCEANSIDE CA REF # 24013390309002781828 US1 | 9002781828 | 67.22- |
| Nov. 8 | Visa Purchase (Non-PIN) THE HOME DEPOT 6 | On 110410 OCEANSIDE CA REF # 24610430309010174591 US1 | 9010174591 | 493.39- |

ESTATE OF LORETTA MUNTZ SEEBY
DEBTOR IN POSSESSION
BANKRUPTCY CASE #10-16444-LT11
FREDERICK E SEEBY,SR
162 RIDGE VIEW WAY
OCEANSIDE  CA 92057-7533

Account Number:
1 534 6595 3104
Statement Period:
Oct. 26, 2010
through
Nov. 23, 2010

Page 3 of 6

## SILVER ELITE CHECKING (CONTINUED)
J.S. Bank National Association                          Account Number 1-534-6595-3104

### Card Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|---|-----------|--------|
| Nov. 10 | Visa Purchase (Non-PIN) CITY OF SAN CLEM | On 110910 SAN CLEMENTE CA REF # 24717050314123144022 US1 | 4123144022 | 1.00- |
| Nov. 10 | Visa Purchase (Non-PIN) CITY OF SAN CLEM | On 110910 SAN CLEMENTE CA REF # 24717050314123144022 US1 | 4123144022 | 1.00- |
| Nov. 10 | Visa Purchase (Non-PIN) CAREMARK MAIL | On 110810 888-892-7227 IL REF # 24445000313512895139 US1 | 3512895139 | 60.00- |
| Nov. 12 | Visa Purchase (Non-PIN) EOL, INC. | On 111010 OCEANSIDE CA REF # 24506010314980026393 US1 | 4980026393 | 20.00- |
| Nov. 12 | Purchase w PIN 049682 | CVS 09532 09532- Oceanside On 111010 ILNKILNK REF 031502049682 | 8211102007 | 21.12- |
| Nov. 12 | Purchase w PIN 853590 | ULTA OCEANSIDE On 111210 ILNKILNK REF 031621853590 | 9011121518 | 46.21- |
| Nov. 12 | Visa Purchase (Non-PIN) EOL, INC. | On 111010 OCEANSIDE CA REF # 24506010314980026393 US1 | 4980026393 | 49.00- |
| Nov. 15 | Visa Purchase (Non-PIN) REDBOX *DVD RENT | On 111210 OAKBRKTERRAC IL REF # 24692160317000676601 US1 | 7000676601 | 1.09- |
| Nov. 15 | Purchase w PIN 565445 | JONES NEW YORK # CARLSBAD On 111310 ILNKILNK REF 031723565445 | 4511131701 | 21.73- |
| Nov. 15 | Visa Purchase (Non-PIN) THE HAIRCUTTERS | On 111310 OCEANSIDE CA REF # 24493980318200614000 US1 | 8200614000 | 24.00- |
| Nov. 15 | Visa Purchase (Non-PIN) SQ *ROAM ROCK CU | On 111510 877-417-4551 CA REF # 24692160319000021157 US1 | 9000021157 | 40.00- |
| Nov. 15 | Purchase w PIN 483712 | 0209 Henrys Oceanside On 111410 ILNKILNK REF 031865483712 You Requested $40 In Cash Back | 1211140326 | 62.92- |
| Nov. 15 | Purchase w PIN 150411 | STATER BROS #150 OCEANSIDE On 111210 ILNKILNK REF 031623150411 | 1111121739 | 72.33- |
| Nov. 15 | Visa Purchase (Non-PIN) COLLEGE DENTAL G | On 111210 760-6313060  CA REF # 24050800318900017700 US1 | 8900017700 | 130.00- |
| Nov. 18 | Visa Purchase (Non-PIN) DR ROBERT A RING | On 111710 OCEANSIDE CA REF # 24717050321173215282 US1 | 1173215282 | 41.20- |
| Nov. 22 | Visa Purchase (Non-PIN) REDBOX *DVD RENT | On 111910 OAKBRKTERRAC IL REF # 24692160324000949431 US1 | 4000949431 | 1.09- |
| Nov. 22 | Purchase w PIN 096469 | OCEANSIDE GROCER OCEANSIDE On 112010 ILNKILNK REF 032418096469 | 6911201714 | 35.77- |
| Nov. 22 | Purchase w PIN 035499 | RALPHS 101 OLD G OCEANSIDE On 111910 ILNKILNK REF 032401035499 You Requested $40 In Cash Back | 9911191909 | 136.79- |
| Nov. 22 | Purchase w PIN 028463 | COSTCO WHSE #012 VISTA On 112010 ILNKILNK REF 032417028463 | 6311201640 | 152.99- |
| | | **Card 7242 Withdrawals Subtotal** | **$** | **2,004.23-** |
| | Card Number xxxx-xxxx-xxxx- 3097 | | | |
| Oct. 27 | Purchase w PIN 124945 | VONS OCEANSIDE On 102610 ILNKILNK REF 029912124945 You Requested $10 In Cash Back | 4510260748 | 13.66- |
| Oct. 27 | Purchase w PIN 961255 | SMART & FINAL CO OCEANSIDE On 102710 ILNKILNK REF 030077961255 | 5510270546 | 14.07- |
| Oct. 27 | Purchase w PIN 588233 | VONS OCEANSIDE On 102710 ILNKILNK REF 030007588233 | 3310270210 | 20.00- |
| Oct. 28 | Purchase w PIN 681530 | SHELL Service St OCEANSIDE On 102710 ILNKILNK REF 030018681530 | 3010271739 | 11.55- |
| Oct. 29 | Purchase w PIN 793689 | SHELL Service St OCEANSIDE On 102810 ILNKILNK REF 030118793689 | 8910281712 | 12.66- |
| Nov. 1 | Purchase w PIN 957781 | SHELL Service St OCEANSIDE On 103010 ILNKILNK REF 030319957781 | 8110301855 | 12.66- |
| Nov. 1 | Purchase w PIN 150640 | STATER BROS #150 OCEANSIDE On 103110 ILNKILNK REF 030420150640 | 4010311544 | 14.13- |


ESTATE OF LORETTA MUNIZ SEEBY
DEBTOR IN POSSESSION
BANKRUPTCY CASE #10-16444-LT11
FREDERICK E SEEBY,SR
162 RIDGE VIEW WAY
OCEANSIDE  CA 92057-7533

Account Number:
1 534 6595 3104
Statement Period:
Oct. 26, 2010
through
Nov. 23, 2010

Page 4 of 6



## SILVER ELITE CHECKING                                    (CONTINUED)

J.S. Bank National Association                    **Account Number  1-534-6595-3104**

### Card Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|------|------|------|------|------|
| Nov. 1 | Purchase w PIN 403578 | KILLER PIZZA FRO CAMP PENDLETCA On 103110 ILNKILNK REF 030420403578 | 7810311540 | 22.71- |
| Nov. 1 | Purchase w PIN 749889 | RALPHS 101 OLD G OCEANSIDE On 102910 ILNKILNK REF 030301749889 You Requested $10 In Cash Back | 8910292033 | 23.06- |
| Nov. 3 | Purchase w PIN 469737 | VONS OCEANSIDE On 110210 ILNKILNK REF 030613469737 | 3711020804 | 10.00- |
| Nov. 4 | Purchase w PIN 043060 | RALPHS 306 TWIN  Y RD SAN MARCA On 110410 ILNKILNK REF 030818043060 You Requested $5 In Cash Back | 6011041303 | 13.18- |
| Nov. 4 | Purchase w PIN 397793 | SHELL Service St OCEANSIDE On 110310 ILNKILNK REF 030721397793 | 9311032007 | 52.93- |
| Nov. 8 | Visa Purchase (Non-PIN) VILLAGE PIZZA | On 110510 BONSALL CA REF # 24207850310168301097 US1 | 0168301097 | 6.40- |
| Nov. 8 | Purchase w PIN 350968 | SHELL Service St OCEANSIDE On 110510 ILNKILNK REF 030920350968 | 6811051927 | 7.11- |
| Nov. 8 | Purchase w PIN 579053 | SHELL Service St SAN MARCOS On 110510 ILNKILNK REF 030917579053 | 5311051640 | 9.70- |
| Nov. 8 | Purchase w PIN 393417 | SHELL Service St OCEANSIDE On 110710 ILNKILNK REF 031117393417 | 1711071618 | 12.66- |
| Nov. 8 | Purchase w PIN 965633 | SHELL Service St OCEANSIDE On 110610 ILNKILNK REF 031014965633 | 3311061322 | 12.66- |
| Nov. 8 | Purchase w PIN 840614 | Wal-Mart Store OCEANSIDE On 110710 ILNKILNK REF 031121840614 | 1411071545 | 14.14- |
| Nov. 8 | Purchase w PIN 856122 | RALPHS 101 OLD G OCEANSIDE On 110610 ILNKILNK REF 031021856122 You Requested $5 In Cash Back | 2211061644 | 17.06- |
| Nov. 8 | Visa Purchase (Non-PIN) ANDRUSS SALON | On 110410 VISTA CA REF # 24431860309980005357 US1 | 9980005357 | 20.00- |
| Nov. 8 | Purchase w PIN 158227 | WAL-MART #2245 OCEANSIDE On 110610 ILNKILNK REF 031021158227 | 2711062043 | 25.52- |
| Nov. 8 | Purchase w PIN 150405 | STATER BROS #150 OCEANSIDE On 110710 ILNKILNK REF 031117150405 | 0511071155 | 28.97- |
| Nov. 10 | Visa Purchase (Non-PIN) BURGER KING #134 | On 110810 EL CAJON CA REF # 24186160313286321900 US1 | 3286321900 | 2.18- |
| Nov. 10 | Purchase w PIN 856006 | SHELL Service St VISTA On 110910 ILNKILNK REF 031318856006 | 0611091739 | 6.95- |
| Nov. 10 | Purchase w PIN 664119 | HTB #0759 SAN M  SAN MARCOS On 111010 ILNKILNK REF 031419664119 | 1911101321 | 7.60- |
| Nov. 10 | Purchase w PIN 513686 | RALPHS 101 OLD G OCEANSIDE On 110910 ILNKILNK REF 031401513686 | 8611091900 | 18.85- |
| Nov. 10 | Purchase w PIN 152756 | BOOT WORLD INC # CARLSBAD On 110910 ILNKILNK REF 031400152756 | 5611091815 | 21.75- |
| Nov. 12 | Visa Purchase (Non-PIN) VILLAGE PIZZA | On 110910 BONSALL CA REF # 24207850314161400788 US1 | 4161400788 | 5.40- |
| Nov. 12 | Purchase w PIN 386280 | SHELL Service St OCEANSIDE On 111010 ILNKILNK REF 031421386280 | 8011102033 | 12.66- |
| Nov. 12 | Purchase w PIN 397260 | Wal-Mart Store OCEANSIDE On 111110 ILNKILNK REF 031522397260 | 6011111626 | 19.94- |
| Nov. 12 | ATM Withdrawal | USB OCEANSIDE OCEANSIDE CA Serial No. 009614144603SUS4Q018 | | 40.00- |
| Nov. 15 | Visa Purchase (Non-PIN) PICKUPSTIX #7223 | On 111110 OCEANSIDE CA REF # 24445000316517047021 US1 | 6517047021 | 19.87- |
| Nov. 15 | Purchase w PIN 873429 | LOWE'S #1588 OCEANSIDE On 111310 ILNKILNK REF 031720873429 You Requested $30 In Cash Back | 2911131436 | 46.34- |
| Nov. 15 | Purchase w PIN 179555 | SHELL Service St OCEANSIDE On 111410 ILNKILNK REF 031817179555 | 5511141639 | 50.55- |

# US bank

ESTATE OF LORETTA MUNTZ SEEBY
DEBTOR IN POSSESSION
BANKRUPTCY CASE #10-16444-LT11
FREDERICK E SEEBY,SR
162 RIDGE VIEW WAY
OCEANSIDE  CA 92057-7533

Account Number:
1 534 6595 3104
Statement Period:
Oct. 26, 2010
through
Nov. 23, 2010

Page 5 of 6

## SILVER ELITE CHECKING                                                                 (CONTINUED)

U.S. Bank National Association                                          Account Number  1-534-6595-3104

### Card Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|------|----------------------------|---|-----------|--------|
| Nov.  16 | Purchase w PIN<br>757494 | RALPHS 101 OLD G OCEANSIDE<br>On 111510 ILNKILNK REF 032000757494<br>You Requested $5 In Cash Back | 9411151828 | 14.79- |
| Nov.  17 | Purchase w PIN<br>376458 | SHELL Service St OCEANSIDE<br>On 111610 ILNKILNK REF 032019376458 | 5811161807 | 11.66- |
| Nov.  17 | Purchase w PIN<br>719735 | RALPHS 306 TWIN  Y RD SAN MARCA<br>On 111710 ILNKILNK REF 032115719735<br>You Requested $5 In Cash Back | 3511170931 | 12.98- |
| Nov.  18 | Visa Purchase (Non-PIN)<br>RAMONA SIZZLER | On 111210 RAMONA CA<br>REF # 24717050321643210964 US1 | 1643210964 | 10.00- |
| Nov.  19 | Visa Purchase (Non-PIN)<br>VILLAGE PIZZA | On 111710 BONSALL CA<br>REF # 24207850322167800821 US1 | 2167800821 | 5.90- |
| Nov.  19 | Purchase w PIN<br>144208 | 7-ELEVEN RAMONA<br>On 111910 ILNKILNK REF 032309144208 | 0811190416 | 7.25- |
| Nov.  19 | Purchase w PIN<br>001353 | VONS OCEANSIDE<br>On 111810 ILNKILNK REF 032210001353 | 5311180430 | 10.00- |
| Nov.  22 | Purchase w PIN<br>053965 | RALPHS 101 OLD G OCEANSIDE<br>On 112110 ILNKILNK REF 032522053965 | 6511211607 | 7.95- |
| Nov.  22 | Visa Purchase (Non-PIN)<br>RAMONA SIZZLER | On 111910 RAMONA CA<br>REF # 24717050325643252939 US1 | 5643252939 | 10.00- |
| Nov.  22 | Purchase w PIN<br>688508 | SHELL Service St OCEANSIDE<br>On 111910 ILNKILNK REF 032317688508 | 0811191644 | 12.75- |
| Nov.  22 | Purchase w PIN<br>639484 | RALPHS 101 OLD G OCEANSIDE<br>On 112010 ILNKILNK REF 032502639484 | 8411202013 | 14.33- |
| Nov.  22 | Purchase w PIN<br>255173 | RALPHS 101 OLD G OCEANSIDE<br>On 112010 ILNKILNK REF 032502255173 | 7311202024 | 17.24- |
| Nov.  22 | Purchase w PIN<br>786126 | SHELL Service St OCEANSIDE<br>On 112110 ILNKILNK REF 032517786126 | 2611211614 | 46.55- |
| Nov.  23 | ATM Withdrawal | US BANK OCEANSID OCEANSIDE CA<br>Serial No. 004565062629SUS4R253 | | 40.00- |

|  | Card  3097 Withdrawals Subtotal | $ | 848.32- |
|--|--------------------------------|---|---------|
|  | **Total Card Withdrawals** | **$** | **2,852.55-** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|------|----------------------------|---|-----------|--------|
| Nov.  1 | Electronic Withdrawal<br>REF=10305003334615 N | To FARMERS INS GROU<br>9500000000ONLINE PMTCKF254673591POS | $ | 105.12- |
| Nov.  4 | Electronic Withdrawal<br>REF=10308004881872 N | To VERIZON<br>9500000000ONLINE PMTCKF254673591POS | | 114.00- |
| Nov.  15 | Reversed ATM Deposit<br><br>DEPOSIT AMOUNT KEYED | US BANK OCEANSID OCEANSIDE CA<br>Serial No. 009589093154SUS4Q018<br>INCORRECTLY | | 14.75- |
| Nov.  16 | Electronic Withdrawal<br>REF=10320002199359 N | To DIRECTV<br>9500000000ONLINE PMTCKF254673591POS | | 101.75- |
| Nov.  16 | Electronic Withdrawal<br>REF=10320002200217 N | To FARMERS INS GROU<br>9500000000ONLINE PMTCKF254673591POS | | 105.12- |
| Nov.  16 | Electronic Withdrawal<br>REF=10320002205616 N | To SDG&E<br>9500000000ONLINE PMTCKF254673591POS | | 335.56- |
| Nov.  22 | Internet Banking Transfer | To Account 153466340756 | | 945.00- |

|  | **Total Other Withdrawals** | **$** | **1,721.30-** |
|--|----------------------------|---|----------|



US bank

ESTATE OF LORETTA MUNTZ SEEBY
DEBTOR IN POSSESSION
BANKRUPTCY CASE #10-16444-LT11
FREDERICK E SEEBY,SR
162 RIDGE VIEW WAY
OCEANSIDE  CA 92057-7533

Account Number:
1 534 6595 3104
Statement Period:
Oct. 26, 2010
through
Nov. 23, 2010

Page 6 of 6



## SILVER ELITE CHECKING                                                         (CONTINUED)

J.S. Bank National Association                                    Account Number  1-534-6595-3104

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | | Check | Date | Ref Number | Amount |
|-------|------|-----------|--------|---|-------|------|-----------|--------|
| 0112  | Oct. 26 | 8992272076 | 45.00 | | 0122 | Nov. 3 | 8997932462 | 74.14 |
| 0116* | Nov. 1  | 8996592726 | 15.96 | | 0123 | Nov. 10 | 8894262027 | 50.00 |
| 0117  | Oct. 28 | 8993815927 | 23.00 | | 0125* | Nov. 16 | 8897838490 | 4.94 |
| 0118  | Nov. 1  | 8995568481 | 16.87 | | 0126 | Nov. 15 | 7531998867 | 15.00 |
| 0119  | Nov. 3  | 8998443575 | 100.00 | | 5001* | Nov. 5 | 9196629782 | 189.00 |
| 0120  | Nov. 3  | 8998042970 | 38.00 | | 5002 | Nov. 2 | 7048122033 | 18.99 |
| 0121  | Nov. 9  | 8893228764 | 485.00 | | 5009* | Nov. 19 | 9190403287 | 108.01 |

* Gap in check sequence                Conventional Checks Paid ( 14 )      $         1,183.91-

### Checks Presented Electronically

| Check | Date | Ref Number | Amount | Description of Transaction | Payee |
|-------|------|-----------|--------|---------------------------|-------|
| 0124  | Nov. 10 |          | 96.00  | PURCHASE  CARL CA | MOHNACKY ANIMAL |

Electronic Checks Paid ( 1 )      $           96.00-

Total Checks Paid      $         1,279.91-

### Balance Summary

| Date | Ending Balance | | Date | Ending Balance | | Date | Ending Balance |
|------|---------------|---|------|---------------|---|------|---------------|
| Oct. 26 | 562.34 | | Nov. 4 | 2,297.54 | | Nov. 16 | 1,737.66 |
| Oct. 27 | 410.46 | | Nov. 5 | 2,108.54 | | Nov. 17 | 1,713.02 |
| Oct. 28 | 1,320.91 | | Nov. 8 | 1,322.09 | | Nov. 18 | 2,606.82 |
| Oct. 29 | 2,022.58 | | Nov. 9 | 837.09 | | Nov. 19 | 2,475.66 |
| Nov. 1 | 2,609.46 | | Nov. 10 | 589.62 | | Nov. 22 | 1,095.20 |
| Nov. 2 | 2,580.27 | | Nov. 12 | 1,323.40 | | Nov. 23 | 1,055.20 |
| Nov. 3 | 2,358.13 | | Nov. 15 | 2,299.82 | | | |

Balances only appear for days reflecting change.

# usbank.

Close Window

To print this page, use your browser's print command.

# Checking

Account ending in 0756

| ACCOUNT BALANCE | AVAILABLE BALANCE |
|---|---|
| $3,660.24 | $3,660.24 |

## Recent Transactions

| DATE | CHECK # | DESCRIPTION | DEPOSIT | WITHDRAWAL | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| 11/22/10 | | Internet Banking Transfer Deposit 000153465953104 | $945.00 | | $3,445.00 |
| 11/19/10 | | Deposit  view | $2,500.00 | | $2,500.00 |

Close Window

| Date | Description | | | |
|---|---|---|---|---|
| 11/29/10 | Check Printing Charge 101126check/acc.8410216800 Ppd | | $10.00 | $4,368.35 |
| 11/26/10 | Internet Banking Transfer Deposit 000153465953104 | $933.35 | | $4,378.35 |

**Close Window**

## II.  STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS, AND OTHER PARTIES TO EXECUTORY CONTRACTS

| CREDITOR, LESSOR, ETC. | FREQUENCY OF PAYMENTS (Mo./Qtr.) | AMOUNT OF PAYMENT | POST-PETITION PAYMENTS NOT MADE (NUMBER) | TOTAL DUE |
|---|---|---|---|---|
| Chase | Mo | 2049.00 | 3 | |
| LPBS | Mo | 998.00 | 0 | |
| Wachovia | Mo | 1397.00 | 0 | |
| GMAC | Mo | 1300.00 | 6 | 7800.00 |

## III.  INSURANCE COVERAGE

| | NAME OF CARRIER | AMOUNT OF COVERAGE | POLICY EXPIRATION DATE | PREMIUM PAID THROUGH: |
|---|---|---|---|---|
| General Liability | | | | |
| Worker Compensation | | | | |
| Casualty | | | | |
| Vehicle | Farmers Ins. | | 06/15/2011 | 12/15/2010 |
| 162 Ridge View Wy | " | 298,000.00 | 1/22/2011 | 12/22/2010 |
| 1125 Cabrio Circle Vista, | Farmers | 230,000.00 | 12/15/2010 | 12/15/2011 |
| CA 92057 | | | | |
| 7010 Wandering Creek, Macklenburg | | 132,000.00 | 7/27/2011 | 7/27/2011 |
| 412 E Van Ness SLC, Utah | | | | |

## IV.  SUMMARY SCHEDULE OF CASH

ENDING BALANCES FOR PERIOD:

GENERAL ACCOUNT      $ 1,279.40

OTHER ACCOUNTS*: _____    $ 0

OTHER MONIES*: _____    $ 0

TOTAL CASH AVAILABLE    $ 1,279.40

*  Specify the fund and the type of holding (i.e., CD, Savings Account, Investment securities, etc.), and the depository name, location, and account number.

NOTE: Attach copies of monthly accounts statements from financial institutions for each account.

**V. UNITED STATES TRUSTEE QUARTERLY FEES**
**(TOTAL PAYMENTS)**

| Qtrly Period Ending | Total Disbursements | Qtrly Fees | Date Paid | Amount Paid | Qtrly Fee Still Owing |
|---|---|---|---|---|---|
| Sept 2010 | 325.00 | 325.00 | 10/20/2010 | 325.00 | 0 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## VI. SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Authorized Gross Compensation* | Gross Compensation Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

\* *Please indicate how compensation was identified in the order (e.g., $1,000/wk, $2,500/mo)*

## VII. SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Payment | Description | Amount Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Debtor-in-Possession Monthly Operating Report (Non-Business) - Page 5 of 6

ORR-page 40 (rev. 03/01/08)

## VIII. QUESTIONNAIRE

1. Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?

   _____ No.

   ___✓___ Yes. Explain _Wells Fargo Dealer Services      $1561.50_
   _I felt I should Pay this Current so I would Not Be Behind_

2. State what progress was made during the reporting period toward filing a Plan of Reorganization:
   _Have not been able to get a Response from Atty St John_
   _Do Not Know if he started Lien Stripping, The Authorization_
   _for Payment for Him, Me & CPA_

3. Describe potential future developments which may have a significant impact on the case.
   _The Property located @ Twined Creek was foreclosed on By HOA_
   _for $3000.00  11 Days after my Stay. BofA was the Lien Holder_
   _$101,080.00 Mtg. I Rented for $714 a month. I will Not Be_
   _Receiving income from this Property_

4. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

5. Did you receive any exempt income this month, which is not set forth in the operating report?

   ___✓___ No.

   _____ Yes.  Please set forth the amounts and the source of the income.

   _____
   _____
   _____
   _____

I, _Loretta Muntz-Seely/ Debtor in Possession_ (Name and title), declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession non-business report and that the information contained herein is true and complete to the best of my knowledge.

Date: _12-20-2010_

_____
Principal for debtor-in-possession

P.O. Box 17933
San Diego, CA 92117-0933

IMPORTANT INFORMATION
ENCLOSED



11 96900 2484 0027 6044 7

Mailed On:              12/6/2010
Reference Number:   000008-225996-P
Mailing Number:       0121046-01         ClientID:  PDM_POC000110  FC

 Loretta Margaret Muntz-Seeby
Frederick Eugene Seeby
162 Ridge View Way
Oceanside, CA 92057-7533

GenericAddressInsert.doc

Rev. 07/27/2010

| UNITED STATES BANKRUPTCY COURT    Southern District of California | PROOF OF CLAIM |
|---|---|

| Name of Debtor:<br>Frederick Eugene Seeby and Loretta Margaret Muntz-Seeby | Case Number:<br>10-16444-LT-11 |
|---|---|

**NOTE:** *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br><br><span style="font-size:small">Wells Fargo Bank, N.A., also known as Wachovia Mortgage, a division of Wells Fargo Bank, N.A., and formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB</span> | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:<br>Pite Duncan, LLP<br>4375 Jutland Drive, Suite 200; P.O. Box 17933<br>San Diego, CA 92177-0933<br><br>Telephone number: (858) 750-7600 | **Court Claim Number:** _____<br>*(If known)*<br><br>Filed on: _____ |
| Name and address where payment should be sent (if different from above):<br><br>Wells Fargo Bank, NA 4101 Wiseman Boulevard T7416-023  San Antonio, TX 78251<br><br>Telephone number: (866) 259-7728 | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

| | |
|---|---|
| **1. Amount of Claim as of Date Case Filed:**    $_____212,052.10_____<br><br>If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>☑ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | **5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**<br><br>Specify the priority of the claim. |
| **2. Basis for Claim:** __MONEY LOANED_____<br>(See instruction #2 on reverse side.) | ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
| **3. Last four digits of any number by which creditor identifies debtor:** __xxxxxx9500__<br><br>   **3a. Debtor may have scheduled account as:** _____<br>   (See instruction #3a on reverse side.) | ☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4). |
| **4. Secured Claim** (See instruction #4 on reverse side.)<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>**Nature of property or right of setoff:** ☑ Real Estate    ☐ Motor Vehicle    ☐ Other<br>**Describe:** 412 E Van Ness Pl, Salt Lake City, Utah 84111<br><br>**Value of Property:**$_____  **Annual Interest Rate** _____%<br><br>**Amount of arrearage and other charges as of time case filed included in secured claim,**<br><br>if any: $_____0.00_____  **Basis for perfection:** _____<br><br>**Amount of Secured Claim:** $__212,052.10__  **Amount Unsecured:** $_____ | ☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5)<br><br>☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).<br><br>☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).<br><br>☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(___). |
| **6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. | **Amount entitled to priority:**<br><br>$_____ |
| **7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See Instruction 7 and definition of "redacted" on reverse side.)*<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br><br>If the documents are not available, please explain: | *Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |

| Date: 12/06/10 | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>/s/ Ellen Cha | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

1

## CERTIFICATE OF SERVICE BY MAIL

2      I, Todd R. Reilly, am a resident of San Diego, California, and I am over the age of eighteen

3  (18) years, and not a party to the within action.  My business address is 4375 Jutland Drive, Suite

4  200; P.O. Box 17933, San Diego, CA 92177-0933.

5      I served the attached PROOF OF CLAIM by placing a true copy thereof in an envelope

6  addressed to:

7  David A St John
   Law Offices of David A St John
8  309 South A St
   Oxnard, CA 93030-5804
9  Email: dsj@law-pro.net

10 Loretta Margaret Muntz-Seeby
   Frederick Eugene Seeby
11 162 Ridge View Way
   Oceanside, CA 92057-7533

12

13

14

15 which envelope was then sealed and postage fully prepaid thereon, and thereafter on December 6,

16 2010, deposited in the United States Mail at San Diego, California.  There is regular delivery service

17 between the place of mailing and the place so addressed by the United States Mail.

18      I certify under penalty of perjury that the foregoing is true and correct.

19

20 Dated: December 6, 2010                    /s/Todd R. Reilly
                                              TODD R. REILLY

21

22

23

24

25

26

27

28

```
------------------------------------------------------------
************************************************************
------------------------------------------------------------
```

Requested by: A615393:FNMTGP:FileNet

Submission Time: 9/29/2010 12:08:05 PM

Note: LoanNumber ██████████
      001: PROMISSORY NOTE

```
------------------------------------------------------------
************************************************************
------------------------------------------------------------
```

```
------------------------------------------------------------------
******************************************************************
------------------------------------------------------------------


Requested by: A615393:FNMTGP:FileNet

Submission Time: 9/29/2010 12:06:22 PM

Note: LoanNumber ████████████
         003: SECURITY INSTRUMENT


------------------------------------------------------------------
******************************************************************
------------------------------------------------------------------
```



**Office of Thrift Supervision**
Department of the Treasury

*Nicholas J. Dyer*
*Assistant Regional Director*

Pacific Plaza, 2001 Junipero Serra Boulevard, Suite 650, Daly City, CA 94014-1976
P.O. Box 7165, San Francisco, CA 94120-7165 • Telephone: (650) 746-7025 • Fax: (650) 746-7001

November 19, 2007

John A. Stoker, Esq.
Vice President and Assistant General Counsel
Wachovia Corporation
Legal Division – NCO630
One Wachovia Center
301 South Charlotte Street
Charlotte, NC 28288

Re: World Savings Bank, FSB, Oakland, California
Notice of Amendment of Charter and Bylaws

Dear Mr. Stoker:

This is in response to your letter, dated November 8, 2007, with enclosures, which you filed with the Office of Thrift Supervision (OTS) on behalf of World Savings Bank, FSB to amend the savings bank's charter and bylaws to change its name to Wachovia Mortgage, FSB and reflect a change in the location of its home office. The new home office address is 6825 Aliante Parkway, North Las Vegas, Nevada.

The institution met the requirements of 12 C.F.R. §§ 552.4(b) and 552.5(b)(2), and the proposed amendments will be effective December 31, 2007, as set forth in the Board of Directors' resolution adopting the changes to the charter and bylaws. The filing also met the requirement of 12 C.F.R. § 545.91(b) that the savings bank notify the OTS if there is a change in the permanent address of its home office.

Please feel free to contact me at (650) 746-7025 if there are any questions.

Sincerely,

Nicholas J. Dyer
Assistant Regional Director

cc: Robert Burns, FDIC - Atlanta

# EXHIBIT "A"



Comptroller of the Currency
Administrator of National Banks

Large Bank Licensing

November 1, 2009

Mr. James E. Hanson
Vice President
Wells Fargo Bank, National Association
90 South Seventh Street
Minneapolis, MN 55479

Re:   Application to convert Wachovia Mortgage, FSB, North Las Vegas, Nevada to a national
      bank and application to merge the converted bank with and into Wells Fargo Bank,
      National Association, Sioux Falls, South Dakota
      Application Control Numbers:  2009-ML-01-0007 and 2009-ML-02-0010

Dear Mr. Hanson:

This letter is the official certification of the Comptroller of the Currency (OCC) of the
conversion of Wachovia Mortgage FSB, North Las Vegas, Nevada to a national bank with the
name Wells Fargo Bank Southwest, National Association, effective November 1, 2009. This is
also the official certification to merge Wells Fargo Bank Southwest, National Association with
and into Wells Fargo Bank, National Association, Sioux Falls, South Dakota, effective
November 1, 2009.

If you have questions regarding this letter, please contact me at (202) 874-5294 or by email at:
Stephen.Lybarger@occ.treas.gov . Please reference the application control number or numbers
in any correspondence.

Sincerely,

Stephen A. Lybarger
Large Bank Licensing Lead Expert



10447218
6/6/2008 11:58:00 AM $42.00
Book - 9614 Pg - 7834-7850
Gary W. Ott
Recorder, Salt Lake County, UT
AFFILIATED COMPUTER SERVICES
BY: eCASH, DEPUTY - EF 17 P.

RECORDING REQUESTED BY:
WACHOVIA MORTGAGE, FSB

WHEN RECORDED MAIL TO:

Ticor Title
4000 Industrial Blvd
Aliquippa, PA  15001

LOAN NUMBER: ███████
NOTE AMOUNT: $209,070.00

ASSESSOR'S PARCEL NUMBER:

**FOR RECORDER'S USE ONLY**

## DEED OF TRUST

**THIS IS A FIRST DEED OF TRUST WHICH SECURES A NOTE WHICH CONTAINS PROVISIONS ALLOWING FOR CHANGES IN MY INTEREST RATE, FREQUENCY AND AMOUNT OF PAYMENTS AND PRINCIPAL BALANCE (INCLUDING FUTURE ADVANCES AND DEFERRED INTEREST). AT LENDER'S OPTION THE SECURED NOTE MAY BE RENEWED OR RENEGOTIATED. THE SECURED NOTE PROVIDES FOR MONTHLY PAYMENTS OF PRINCIPAL AND INTEREST.**

**THE MAXIMUM AGGREGATE PRINCIPAL BALANCE SECURED BY THIS DEED OF TRUST IS $261,337.50 WHICH IS 125% OF THE ORIGINAL PRINCIPAL NOTE AMOUNT.**

I.    DEFINITIONS OF WORDS USED IN THIS DEED OF TRUST

(A)    **Security Instrument.** This Deed of Trust, which is dated **May 27, 2008** will be called the "Security Instrument."

(B)    **Borrower.** **FREDERICK EUGENE SEEBY AND LORETTA SEEBY, HUSBAND AND WIFE** sometimes will be called "Borrower" and sometimes simply "I" or "me."

(C)    **Lender. WACHOVIA MORTGAGE, FSB, ITS SUCCESSORS AND/OR ASSIGNEES,** will be called "Lender." Lender is a **FEDERAL SAVINGS BANK,** which is organized and exists under the laws of the United States. Lender's address is **4101 Wiseman Blvd., San Antonio, TX 78251**



LENDER'S USE ONLY

SD040A (2004-12-4)          Page 1          UT

**(D)    Note.** The note signed by Borrower and having the same date as this Security Instrument, including all extensions, renewals, substitutions and modifications thereof, will be called the "Note." The Note shows that I owe Lender the original principal amount of U S  **$209,070.00** ("Note Amount"), plus accrued and deferred interest and such other amounts as stated in the Note  I have promised to pay the debt in full by **June 15, 2038**

**(E)    Property.** The property that is described below in Section III entitled "Description of the Property" will be called the "Property."

**(F)    Sums Secured.** The amounts described below in Section II entitled "Borrower's Transfer of Rights in the Property" sometimes will be called the "Sums Secured."

**(G)    Person.** Any person, organization, governmental authority or other party will be called "Person."

**(H)    Trustor, Beneficiary, Trustee.** Borrower is the "Trustor," Lender is the "Beneficiary" and **First American Title Insurance Company Of Utah,** is the "Trustee."

## II.    BORROWER'S TRANSFER OF RIGHTS IN THE PROPERTY

I irrevocably grant and convey the Property to the Trustee, in trust for Lender, with a power of sale subject to the terms of this Security Instrument  This means that, by signing this Security Instrument, I am giving Lender and Trustee those rights that are stated in this Security Instrument and also those rights that the law gives to lenders who are beneficiaries of a deed of trust and to trustees of a deed of trust  I am giving Lender and Trustee these rights to protect Lender from possible losses that might result if I fail to

(i)    pay all amounts owed to Lender under the Note and all other notes secured by this Security Instrument, called the "Secured Notes," including future advances made by Lender and any changes to the Secured Notes made with the written consent of Lender,

(ii)    pay, with interest, any amounts that Lender spends under Paragraphs 2 and 7 below to protect the value of the Property and Lender's rights in the Property, and

(iii)    keep all of my other promises and agreements under this Security Instrument, the Secured Notes and any changes to the Secured Notes made with the written consent of Lender

## III.    DESCRIPTION OF THE PROPERTY

I give Trustee rights in the Property described below

(i)    The property which is located at **412 E VAN NESS PL, SALT LAKE CITY, UT 84111-4312**  The legal description of the Property is attached as Exhibit "A" which is made a part of this Security Instrument. This Property is called the "Described Property."

(ii)    All buildings and other improvements that are located on the Described Property,

(iii)     All rights in other property that I have as owner of the Described Property  These rights are known as easements, rights and appurtenances attached to the Property,

(iv)     All rents or royalties and other income from the Described Property,

(v)     All mineral, oil and gas rights and profits, water rights and stock that are part of the Described Property,

(vi)     All rights that I have in the land which lies in the streets or roads in front of, behind or next to, the Described Property,

(vii)     All fixtures that are now or in the future will be on the Described Property or on the property described in subsection (ii) of this Section,

(viii)     All of the rights and property described in subsections (ii) through (vii) of this Section that I acquire in the future,

(ix)     All replacements of or additions to the property described in subsections (ii) through (viii) of this Section, and

(x)     All of the amounts that I pay to Lender under Paragraph 2 below

## IV. BORROWER'S RIGHT TO GRANT A SECURITY INTEREST IN THE PROPERTY AND BORROWER'S OBLIGATION TO DEFEND OWNERSHIP OF THE PROPERTY

I promise that  (i) I lawfully own the Property, (ii) I have the right to grant and convey the Property to Trustee, and (iii) there are no outstanding claims, charges, liens or encumbrances against the Property, except for those which are of public record

I give a general warranty of title to Lender  This means that I will be fully responsible for any losses which Lender suffers because someone other than myself and the Trustee has some of the rights in the Property which I promise that I have  I promise that I will defend my ownership of the Property against any claims of such rights

### COVENANTS

I promise and I agree with Lender as follows·

**1.    BORROWER'S PROMISE TO PAY**

I will pay to Lender, on time, all principal and interest due under the Secured Notes and any prepayment and late charges due under the Secured Notes

**2.    PAYMENTS FOR TAXES AND INSURANCE**

**(A) Borrower's Obligations**

I will pay all amounts necessary to pay taxes and hazard insurance premiums on the Property as well as assessments, leasehold payments, ground rents or mortgage insurance premiums (if any)



**(B)  Escrow Accounts**

Subject to applicable law, no escrow shall be required except upon written demand by Lender, in which case, I shall pay to Lender on the day payments are due under the Note, until the Note is paid in full, a sum ("Funds") for: (a) yearly taxes, penalties and assessments which may attain priority over this Security Instrument as a lien on the Property, (b) yearly leasehold payments or ground rents on the Property, if any, (c) yearly hazard or property insurance premiums, (d) yearly flood insurance premiums, if any, and (e) yearly mortgage insurance premiums, if any  These items are called "Escrow Items " Lender may, at any time, collect and hold Funds in an amount not to exceed the maximum amount a lender for a federally related mortgage loan may require for an escrow account under the federal Real Estate Settlement Procedures Act of 1974 as amended from time to time, 12 U S C  § 2601 et seq  ("RESPA"), unless another law that applies to the Funds sets a lesser amount  If so, Lender may, at any time, collect and hold Funds in an amount not to exceed the lesser amount  Lender may estimate the amount of Funds due on the basis of current data and reasonable estimates of expenditures of future Escrow Items in accordance with applicable law

The Funds shall be held in an institution whose deposits are insured by a federal agency, instrumentality, or entity (including Lender, if Lender is such an institution) or in any Federal Home Loan Bank  Lender shall apply the Funds to pay the Escrow Items  Lender may not charge me for holding and applying the Funds, annually analyzing the escrow account, or verifying the Escrow Items, unless Lender pays me interest on the Funds and/or applicable law permits Lender to make such a charge  However, Lender may require me to pay a one-time charge for an independent real estate tax reporting service used by Lender in connection with this loan, unless applicable law provides otherwise  Unless an agreement is made or applicable law requires interest to be paid, Lender shall not be required to pay me any interest or earnings on the Funds  Lender shall give to me, without charge, an annual accounting of the Funds, showing credits and debits to the Funds and the purpose for which each debit to the Funds was made  The Funds are pledged as additional security for all sums secured by this Security Instrument

If the Funds held by Lender exceed the amounts permitted to be held by applicable law, Lender shall account to me for the excess Funds in accordance with the requirements of applicable law  If the amount of the Funds held by Lender at any time is not sufficient to pay the Escrow Items when due, Lender may so notify me in writing, and, in such case I shall pay to Lender the amount necessary to make up the deficiency or shortage  I shall make up the deficiency or shortage in accordance with the requirements of the Lender, at its sole discretion, in the manner and times prescribed by RESPA

Upon payment in full of all sums secured by this Security Instrument, Lender shall promptly refund to me any Funds held by Lender  If, under Paragraph 28, Lender shall acquire or sell the Property, Lender, prior to the acquisition or sale of the Property, shall apply any Funds held by Lender at the time of acquisition or sale as a credit against the sums secured by this Security Instrument

**3.    APPLICATION OF BORROWER'S PAYMENTS**

Unless the law requires otherwise, Lender will apply each of my payments under the Secured Notes and under Paragraphs 1 and 2 above in the following order and for the following purposes

First, to pay prepayment charges due under the Secured Notes,

Second, to pay any advances due to Lender under this Security Instrument,

SD040D (2004-12-3)                                          **Page 4**                                          UT

Third, to pay the amounts due to Lender under Paragraph 2 above,

Fourth, to pay interest due under the Secured Notes,

Fifth, to pay deferred interest due under the Secured Notes,

Sixth, to pay principal due under the Secured Notes,

Last, to pay late charges due under the Secured Notes

**4. BORROWER'S OBLIGATION TO PAY CHARGES, ASSESSMENTS AND CLAIMS**

I will pay all taxes, assessments and any other charges and fines that may be imposed on the Property and that may be superior to this Security Instrument

I will also make payments due under my lease if I am a tenant on the Property and I will pay ground rents (if any) due on the Property I will pay these amounts either by making the payments to Lender that are described in Paragraph 2 above or by making the payments on time to the Person owed them

Any claim, demand or charge that is made against property because an obligation has not been fulfilled is known as a **lien.** I will promptly pay or satisfy all liens against the Property that may be superior to this Security Instrument However, this Security Instrument does not require me to satisfy a superior lien if (A) I agree, in writing, to pay the obligation which gave rise to the superior lien and Lender approves in writing the way in which I agree to pay that obligation, or (B) in good faith, I argue or defend against the superior lien in a lawsuit so that, during the lawsuit, the superior lien may not be enforced and no part of the Property must be given up, or (C) I secure from the holder of that other lien an agreement, approved in writing by Lender, that the lien of this Security Instrument is superior to the lien held by that Person If Lender determines that any part of the Property is subject to a superior lien, Lender may give to me a notice identifying the superior lien I will pay or satisfy the superior lien or take one or more of the actions set forth above within 10 days of the giving of notice

**5. BORROWER'S OBLIGATION TO MAINTAIN INSURANCE**

At my sole cost and expense, I will obtain and maintain hazard insurance to cover all buildings and other improvements that now are or in the future will be located on the Property The insurance must cover loss or damage caused by fire, hazards normally covered by "extended coverage" hazard insurance policies and other hazards for which Lender requires coverage The insurance must be in the amounts and for the periods of time required by Lender. I may choose the insurance company but my choice is subject to Lender's approval Lender may not refuse to approve my choice unless the refusal is reasonable All of these insurance policies and renewals of the policies must include what is known as a **Standard Mortgagee Clause** to protect Lender The form of all policies and renewals must be acceptable to Lender Lender will have the right to hold the policies and renewals If Lender requires, I will promptly give Lender all receipts of paid premiums and renewal notices that I receive

If I obtain earthquake insurance, any other hazard insurance, credit life and/or disability insurance, or any other insurance on or relating to the Property or the Secured Notes and which are not specifically required by Lender, I will name Lender as loss payee of any proceeds

If there is a loss or damage to the Property, I will promptly notify the proper insurance company and Lender If I do not promptly prove to the insurance company that the loss or damage occurred, then Lender may do so



The amount paid by the insurance company is called "Proceeds " Any Proceeds received will be applied first to reimburse Lender for costs and expenses incurred in connection with obtaining the Proceeds, and then, at Lender's option and in the order and proportion as Lender may determine in its sole and absolute discretion, regardless of any impairment or lack of impairment of security, as follows. (A) to the extent allowed by applicable law, to the Sums Secured in a manner that Lender determines and/or (B) to the payment of costs and expenses of necessary repairs or to the restoration of the Property to a condition satisfactory to Lender, such application to be made in the manner and at the times as determined by Lender

If I abandon the Property or if I do not answer, within 30 days, a notice from Lender stating that the insurance company has offered to settle a claim, Lender may collect the Proceeds  Lender may use the Proceeds to repair or restore the Property or to pay the Sums Secured  The 30-day period will begin when the notice is given

If any Proceeds are used to reduce the amount of principal which I owe to Lender under the Secured Notes, that use will not delay the due date or change the amount of any of my payments under the Secured Notes and under Paragraphs 1 and 2 above  However, Lender and I may agree in writing to delays or changes

If Lender acquires the Property under Paragraph 28 below, all of my rights in the insurance policies will belong to Lender  Also, all of my rights in any proceeds which are paid because of damage that occurred before the Property is acquired by Lender or sold will belong to Lender  However, Lender's rights in those proceeds will not be greater than the Sums Secured immediately before the Property is acquired by Lender or sold

If I am required by Lender to pay premiums for mortgage insurance, I will pay the premiums until the requirement for mortgage insurance ends according to my written agreement with Lender or according to law

**6.    BORROWER'S OBLIGATION TO MAINTAIN THE PROPERTY AND TO FULFILL ANY LEASE OBLIGATIONS**

I will keep the Property in good repair including, but not limited to, keeping the Property free from debris, mold, termites, dry rot and other damaging pests and infestations  I will not destroy or substantially change the Property and I will not allow the Property to deteriorate  I will keep and maintain the Property in compliance with any state or federal health and safety laws, and hazardous materials and hazardous waste laws  I will not use, generate, manufacture or store any hazardous materials or hazardous waste on, under or about the Property  I will indemnify, defend and hold harmless Lender and its employees, officers and directors and their successors from any claims, damages or costs for required or necessary repair or the removal of mold, termites, dry rot, other damaging pests and infestations and hazardous waste or any other hazardous materials claim  If I do not own but am a tenant on the Property, I will fulfill my obligations under my lease  I also agree that, if I acquire the fee title to the Property, my lease interest and the fee title will not merge unless Lender agrees to the merger in writing

**7.    LENDER'S RIGHT TO PROTECT ITS RIGHTS IN THE PROPERTY**

If (A) I do not keep my promises and agreements made in this Security Instrument, or (B) someone, including me, begins a legal proceeding that may significantly affect Lender's rights in the Property (such as a legal proceeding in bankruptcy, in probate, for condemnation or to enforce laws or regulations), then Lender may do and pay for whatever it deems reasonable or appropriate to protect the Lender's rights in the Property  Lender's actions may, without limitation, include appearing in court, paying reasonable attorneys' fees, purchasing insurance required under Section 5, above (such insurance may cost more and provide less coverage than the insurance I might purchase), and entering on the Property to make repairs. Lender must give me notice before Lender may take any of these actions  Although Lender may take action under this Paragraph 7, Lender does not have to do so. Any action taken by Lender under this Paragraph 7, will not release me from my obligations under this Security Instrument

I will pay to Lender any amounts which Lender advances under this Paragraph 7 with interest, at the interest rate in effect under the Secured Notes which have not been paid  I will pay those amounts to Lender when Lender sends me a notice requesting that I do so  Interest on each amount will begin to accrue on the date that the amount is advanced by Lender  However, Lender and I may agree in writing to terms that are different from those in this Paragraph 7  This Security Instrument will protect Lender in case I do not keep this promise to pay those amounts with interest

**8.    LENDER'S RIGHT TO INSPECT THE PROPERTY**

Lender, and others authorized by Lender, may enter upon and inspect the Property  They must do so in a reasonable manner and at reasonable times  Before or at the time an inspection is made, Lender must give me notice stating a reasonable purpose for the inspection

**9.    AGREEMENTS ABOUT GOVERNMENTAL TAKING OF THE PROPERTY**

I assign to Lender all my rights  (A) to proceeds of all awards or claims for damages resulting from condemnation, eminent domain or other governmental taking of all or any part of the Property, and (B) to proceeds from a sale of all or any part of the Property that is made to avoid condemnation, eminent domain or other government taking of the property. All of those proceeds will be paid to Lender

If all of the Property is taken, the proceeds will be used to reduce the Sums Secured  If any of the proceeds remain after the amount that I owe to Lender has been paid in full, the remaining proceeds will be paid to me  Unless Lender and I agree otherwise in writing, if only a part of the Property is taken, the amount that I owe to Lender will be reduced only by the amount of proceeds multiplied by the following fraction  (A) the total amount of the Sums Secured immediately before the taking, divided by (B) the fair market value of the Property immediately before the taking. The remainder of the proceeds will be paid to me

If I abandon the Property or if I do not answer, within 30 days, a notice from Lender stating that a governmental authority has offered to make a payment or to settle a claim for damages, Lender has the authority to collect the proceeds  Lender may then use the proceeds to repair or restore the Property or to reduce the Sums Secured  The 30-day period will begin when the notice is given

If any proceeds are used to reduce the amount of principal which I owe to Lender under the Secured Notes, that use will not delay the due date or change the amount of any of my payments under the Secured Notes and under Paragraphs 1 and 2 above  However, Lender and I may agree in writing to delays or changes



**10.   CONTINUATION OF BORROWER'S OBLIGATIONS AND OF LENDER'S RIGHTS**

**(A)  Borrower's Obligations**

Lender may allow a Person who takes over my rights and obligations subject to this Security Instrument to delay or to change the amount of the payments of principal and interest due under the Secured Notes or under this Security Instrument  Even if Lender does this, however, that Person and I will both still be fully obligated under the Secured Notes and under this Security Instrument

Lender may allow those delays or changes for a Person who takes over my rights and obligations, even if Lender is requested not to do so  Lender will not be required to bring a lawsuit against such a Person for not fulfilling obligations under the Secured Notes or under this Security Instrument, even if Lender is requested to do so

**(B)  Lender's Rights**

Even if Lender does not exercise or enforce any of its rights under this Security Instrument or under the law, Lender will still have all of those rights and may exercise and enforce them in the future  Even if Lender obtains insurance, pays taxes, or pays other claims, charges or liens against the Property, Lender will have the right under Paragraph 28 below to demand that I make immediate payment in full of the amounts that I owe to Lender under the Secured Notes and under this Security Instrument

**11.   OBLIGATIONS OF BORROWER, CO-SIGNORS AND OF PERSONS TAKING OVER BORROWER'S RIGHTS OR OBLIGATIONS**

Except as provided below, if more than one Person signs this Security Instrument as Borrower, each of us is fully obligated to keep all of Borrower's promises and obligations contained in this Security Instrument  Lender may enforce Lender's rights under this Security Instrument against each of us individually or against all of us together  This means that any one of us may be required to pay all of the Sums Secured

Any Borrower who co-signs this Security Instrument but does not execute the Note (a "co-signor")  (a) is co-signing this Security Instrument only to mortgage, grant and convey the co-signor's interest in the Property under the terms of this Security Instrument, (b) is not personally obligated to pay the Sums Secured by this Security Instrument, and (c) agrees that Lender and any other Borrower can agree to extend, modify, forbear or make any accommodations with regard to the terms of this Security Instrument or the Note without the co-signor's consent

Any Person who takes over my rights or obligations under this Security Instrument will have all of my rights and will be obligated to keep all of my promises and agreements made in this Security Instrument  Similarly, any Person who takes over Lender's rights or obligations under this Security Instrument will have all of Lender's rights and will be obligated to keep all of Lender's agreements made in this Security Instrument

**12.   MAXIMUM LOAN CHARGES**

If the loan secured by this Security Instrument is subject to a law which sets maximum loan charges, and that law is finally interpreted so that the interest or other loan charges collected or to be collected in connection with the loan exceed permitted limits, then  (A) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limits and (B) any sums already collected from Borrower which exceeded permitted limits will be refunded to Borrower  Lender may choose to make this refund by reducing the principal owed under the Secured Notes or by making a direct payment to Borrower. If a refund reduces principal, the reduction will be treated as a partial prepayment without any prepayment charge under the Secured Notes

SD040H (2004-12-3)                               Page 8                                              UT

**13.    LEGISLATION AFFECTING LENDER'S RIGHTS**

If a change in applicable law would make any provision of the Secured Notes or this Security Instrument unenforceable, Lender may require that I make immediate payment in full of all Sums Secured by this Security Instrument

**14.    NOTICES REQUIRED UNDER THIS SECURITY INSTRUMENT**

Any notice that must be given to me under this Security Instrument will be given by delivering it or by mailing it by first class mail unless applicable law requires use of another method  The notice will be addressed to me at **162 RIDGE VIEW WAY, OCEANSIDE, CA  92057-7533**  A notice will be given to me at an alternative address if I give Lender notice of my alternative address.  I may give notice to Lender of my alternative address in writing or by calling Lender's customer service telephone number provided on my billing statement  I may designate only one mailing address at a time for notification purposes  Except as permitted above for changes of address, any notice that must be given to Lender under this Security Instrument will be given by mailing it by first class mail to Lender's address stated in Section I (C) above entitled, "Definitions of Words Used In This Deed of Trust," unless Lender gives me notice of a different address  Any notice required by this Security Instrument is given when it is mailed or when it is delivered according to the requirements of this Paragraph 14 or of applicable law

**15.    GOVERNING LAW; SEVERABILITY**

This Security Instrument and the Secured Notes shall be governed by and construed under federal law and federal rules and regulations, including those for federally chartered savings institutions, ("Federal Law") and, to the extent Federal Law does not apply, by the law of the jurisdiction in which the Property is located.  In the event that any of the terms or provisions of this Security Instrument or the Secured Notes are interpreted or construed by a court of competent jurisdiction to be void, invalid or unenforceable, such decision shall affect only those provisions so construed or interpreted and shall not affect the remaining provisions of this Security Instrument or the Secured Notes

**16.    BORROWER'S COPY**

I acknowledge the receipt of one conformed copy of the Secured Notes and of this Security Instrument

**17.    LENDER'S RIGHTS TO RENTAL PAYMENTS AND TO TAKE POSSESSION OF THE PROPERTY**

If Lender requires immediate payment in full or if I abandon the Property, then Lender, Persons authorized by Lender, or a receiver appointed by a court at Lender's request may  (A) collect the rental payments, including overdue rental payments, directly from the tenants, (B), enter upon and take possession of the Property, (C) manage the Property, and (D) sign, cancel and change rental agreements and leases  If Lender notifies the tenants that Lender has the right to collect rental payments directly from them under this Paragraph 17, I agree that the tenants may make those rental payments to Lender without having to ask (i) Lender whether I have failed to keep my promises and agreements under this Security Instrument, or (ii) me for my permission to do so

