**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED ⌀ C

11 JAN 18 PM 1:01

CLERK
U.S. BANKRUPTCY CT.
SO. DIST OF CALIF

In Re:

*Loretta Margaret Mutz-Seeby*
*and Frederick Seeby*

Debtor(s).

CHAPTER 11 (NON-BUSINESS)

CASE NO. *10-BK-16444-DIST 11*

**REPORT NO.** *3*

FOR THE MONTH ENDING:
*December 2010*

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS $ *8540.47*

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS $ *5620.23*

3. BEGINNING BALANCE: $ *6145.04*

4. RECEIPTS DURING CURRENT PERIOD**: *1963.76*

5. BALANCE: $ *4181.28*

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
(Total from Page 2) $ *3044.82*

7. ENDING BALANCE: $ *1136.46*

8. GENERAL ACCOUNT NUMBER *1-534-6634-0756*
DEPOSITORY NAME AND LOCATION *US Bank, Old Grove Branch,*

*Oceanside, CA 92057*

\* *All receipts must be deposited into the general account.*
\*\* *Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.*

Debtor-in-Possession Monthly Operating Report (Non-Business) - Page 1 of 6

ORR-page 36 (rev. 03/01/08)

*ILMC 16444 REP*

# TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | | *Total Checks withdrawals* | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |

TOTAL DISBURSEMENTS THIS PERIOD: $ *3044.82*

*Add additional pages as necessary to include all disbursements.*

Debtor-in-Possession Monthly Operating Report (Non-Business) - Page 2 of 6

ORR-page 37 (rev. 03/01/08)

# V. UNITED STATES TRUSTEE QUARTERLY FEES
## (TOTAL PAYMENTS)

| Qtrly Period Ending | Total Disbursements | Qtrly Fees | Date Paid | Amount Paid | Qtrly Fee Still Owing |
|---|---|---|---|---|---|
| Sept. 2010 | | 325.00 | 10/20/2010 | 325.00 | 0 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## VI. SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Authorized Gross Compensation* | Gross Compensation Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

*  *Please indicate how compensation was identified in the order (e.g., $1,000/wk, $2,500/mo)*

## VII. SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Payment | Description | Amount Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

Debtor-in-Possession Monthly Operating Report (Non-Business) - Page 5 of 6

ORR-page 40 (rev. 03/01/08)

**VIII.  QUESTIONNAIRE**

1. . Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?

_____ No.

___X___ Yes. Explain _Wells Fargo Dealer Services - I felt I should_
_Pay my Car Payment so I paid it up to date & are Paying it monthly_

2. State what progress was made during the reporting period toward filing a Plan of Reorganization:

_None - I have Not been able to talk to_
_My Attorney and discuss my Case. I feel as though I have_
_been abandoned as I have no Plan and the one he figured_
_in the beginning is Not Working._

3. Describe potential future developments which may have a significant impact on the case.

_My Property one of them 8751 Twined Creek Lane was_
_foreclosed by the HOA 08 Days after I filed. I found this out_
_from a Property Management Company (Not mine but some one else_
_who I was hiring to Manage the Property.  My Atty_
_knows this and has done Nothing._

4. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

5. Did you receive any exempt income this month, which is not set forth in the operating report?

___✓___ No.

_____ Yes.  Please set forth the amounts and the source of the income.

_____
_____
_____
_____

I, _Loretta Mintz Seely_ (Name and title), declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession non-business report and that the information contained herein is true and complete to the best of my knowledge.

Date: _1-17-2011_

_____
Principal for debtor-in-possession

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|------|------|------|------|
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |

TOTAL DISBURSEMENTS THIS PERIOD: $ _____

*Add additional pages as necessary to include all disbursements.*

**Uni-Statement**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

Account Number:
1 534 6634 0756

Statement Period:
Nov. 20, 2010
through
Dec. 20, 2010

7305      TRN                    X    ST01

Page 1 of 3



```
000082428 1 SP    106481879729435 S
ESTATE OF LORETTA MUNTZ-SEEBY
FREDERICK E SEEBY JR
DEBTOR IN POSSESSION
BANKRUPTCY CASE #10-16444-LT11
162 RIDGE VIEW WAY
OCEANSIDE  CA 92057-7533
```

☎                          **To Contact U.S. Bank**

**By Phone:**              *1-800-US BANKS*
                           *(1-800-872-2657)*

**Telecommunications Device
for the Deaf:**            *1-800-685-5065*

**Internet:**              *usbank.com*

## INFORMATION YOU SHOULD KNOW

At U.S. Bank, we place your privacy and the security of your accounts and personal information as a top priority. As permitted by the Internal Revenue Service, to further protect your personal information, we will provide only the last 4 digits of your personal tax identification number on any IRS Form 1099-INT you may receive for this account in the future.

Effective February 14, 2011, the following fees will be increasing.
Statements with Check Images will be assessed a fee of $2 per statement cycle. Statements with Check Return will be assessed a fee of $6 per statement cycle.

Additionally, Non-U.S. Bank ATM transactions will be assessed a fee of $2.50 for each ATM transaction that occurs at a Non-U.S. Bank ATM*, including withdrawals, balance inquiries, denied transactions, funds transfers, and deposits. Unless the ATM fee is waived as part of a designated checking account or an account package waiver.

*ATMs not identified as "U.S. Bank" ATMs may assess an additional access fee. Other ATM owners may assess different surcharge fees unless the ATM it is owned by a member of the MoneyPass○ ATM Network member.  To find MoneyPass ATM locations, please visit www.moneypass.com.

## FREE CHECKING                                                    *Member FDIC*

U.S. Bank National Association                      **Account Number 1-534-6634-0756**

**Account Summary**

| | | | | |
|---|---|---|---|---|
| Beginning Balance on  Nov. 20 | $ | 2,500.00 | | |
| Deposits / Credits | | 6,068.18 | Number of Days in Statement Period | 31 |
| Card Withdrawals | | 320.00- | | |
| Other Withdrawals | | 2,686.24- | | |
| Checks Paid | | 1,916.90- | | |
| **Ending Balance on  Dec. 20, 2010** | **$** | **3,645.04** | | |

## Reward Program Summary

**All Rewards shown are as of Dec. 20, 2010**

**FlexPerks Cash Rewards Visa○ Check Card**          Check Card Number  *3097          **Flex**Perks.

| Reward Enrollment Date | Rewards Earned Program to Date | Rewards Redeemed Program to Date | Current Rewards Balance | Rewards Available to Redeem |
|---|---|---|---|---|
| 09/27/2010 | $     0.00 | $     0.00 | $     0.00 | $     0.00 |

# U.S. bank®

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

7305        TRN                          X      ST01

**Uni-Statement**

Account Number:
1 534 6634 0756

Statement Period:
Dec. 21, 2010
through
Dec. 31, 2010

Page 1 of 3

000016703 1 SP    106481892670814 S
ESTATE OF LORETTA MUNTZ-SEEBY
FREDERICK E SEEBY JR
DEBTOR IN POSSESSION
BANKRUPTCY CASE #10-16444-LT11
162 RIDGE VIEW WAY
OCEANSIDE CA 92057-7533

☎                                    _To Contact U.S. Bank_

**By Phone:**                        _1-800-US BANKS_
                                     _(1-800-872-2657)_

**Telecommunications Device
for the Deaf:**                      1-800-685-5065

**Internet:**                        usbank.com

## INFORMATION YOU SHOULD KNOW

At U.S. Bank, we place your privacy and the security of your accounts and personal information as a top priority. As permitted by the Internal Revenue Service, to further protect your personal information, we will provide only the last 4 digits of your personal tax identification number on any IRS Form 1099-INT you may receive for this account in the future.

Effective February 14, 2011, the following fees will be increasing.
Statements with Check Images will be assessed a fee of $2 per statement cycle. Statements with Check Return will be assessed a fee of $6 per statement cycle.

Additionally, Non-U.S. Bank ATM transactions will be assessed a fee of $2.50 for each ATM transaction that occurs at a Non-U.S. Bank ATM*, including withdrawals, balance inquiries, denied transactions, funds transfers, and deposits. Unless the ATM fee is waived as part of a designated checking account or an account package waiver.

   *ATMs not identified as "U.S. Bank" ATMs may assess an additional access fee. Other ATM owners may assess different
    surcharge fees unless the ATM it is owned by a member of the MoneyPassⒶ ATM Network member.  To find
    MoneyPass ATM locations, please visit www.moneypass.com.

## FREE CHECKING                                                   _Member FDIC_

U.S. Bank National Association                          Account Number 1-534-6634-0756

**Account Summary**

| | | | |
|---|---|---:|---|
| Beginning Balance on  Dec. 21 | $ | 3,645.04 | |
| Deposits / Credits | | 2,472.29 | Number of Days in Statement Period          11 |
| Card Withdrawals | | 160.00- | |
| Checks Paid | | 857.09- | |
| **Ending Balance on  Dec. 31, 2010** | **$** | **5,100.24** | |

## Reward Program Summary

All Rewards shown are as of Dec. 31, 2010

FlexPerks Cash Rewards Visaⓐ Check Card          Check Card Number: *3097          **FlexPerks**℠

| Reward Enrollment Date | Rewards Earned Program to Date | Rewards Redeemed Program to Date | Current Rewards Balance | Rewards Available to Redeem |
|---|---|---|---|---|
| 09/27/2010 | $          0.00 | $          0.00 | $          0.00 | $          0.00 |



ESTATE OF LORETTA MUNTZ-SEEBY
FREDERICK E SEEBY JR
DEBTOR IN POSSESSION
BANKRUPTCY CASE #10-16444-LT11
162 RIDGE VIEW WAY
OCEANSIDE  CA 92057-7533

**Uni-Statement**
Account Number:
1 534 6634 0756
Statement Period:
Nov. 20, 2010
through
Dec. 20, 2010

Page 2 of 3



---

## FREE CHECKING (CONTINUED)
U.S. Bank National Association

Account Number 1-534-6634-0756

### FlexPerks Cash Rewards Visa Check Card     Check Card Number: *7242     FlexPerks

| Reward Enrollment Date | Rewards Earned Program to Date | Rewards Redeemed Program to Date | Current Rewards Balance | Rewards Available to Redeem |
|---|---|---|---|---|
| 09/15/2010 | $       0.00 | $       0.00 | $       0.00 | $       0.00 |

### Deposits / Credits

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Nov.  22 | Internet Banking Transfer | From Account 153465953104 | $ | 945.00 |
| Nov.  26 | Internet Banking Transfer | From Account 153465953104 | | 933.35 |
| Dec.   1 | Internet Banking Transfer | From Account 153465953104 | | 1,635.00 |
| Dec.   8 | Internet Banking Transfer | From Account 153465953104 | | 140.00 |
| Dec.  13 | Internet Banking Transfer | From Account 153465953104 | | 939.83 |
| Dec.  14 | Deposit | | 7438111814 | 1,475.00 |

| | **Total Deposits / Credits** | **$** | **6,068.18** |
|---|---|---|---|

### Card Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Card Number xxxx-xxxx-xxxx- 3097 | | | | |
| Dec.   8 | ATM Withdrawal | US BANK OCEANSID OCEANSIDE CA | $ | 60.00- |
| | | Serial No. 005569161942SUS4R253 | | |
| Dec.  13 | ATM Withdrawal | US BANK OCEANSID OCEANSIDE CA | | 40.00- |
| | | Serial No. 005831110816SUS4R253 | | |
| Dec.  17 | ATM Withdrawal | US BANK OCEANSID OCEANSIDE CA | | 20.00- |
| | | Serial No. 006122183848SUS4R253 | | |
| Dec.  20 | ATM Withdrawal | US BANK OCEANSID OCEANSIDE CA | | 200.00- |
| | | Serial No. 006262114807SUS4R253 | | |

| | **Card  3097 Withdrawals Subtotal** | **$** | **320.00-** |
|---|---|---|---|
| | **Total Card Withdrawals** | **$** | **320.00-** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Nov.  29 | Check Printing Charge | | $ | 10.00- |
| Dec.   1 | Electronic Withdrawal | To SIERRA RIDGE HOA | | 189.00- |
| | REF=10335003995561 N | 9500000000ONLINE PMTCKF254673591POS | | |
| Dec.   3 | Electronic Withdrawal | To DIRECTV | | 64.58- |
| | REF=10337007119978 N | 9500000000ONLINE PMTCKF254673591POS | | |
| Dec.   3 | Internet Banking Transfer | To Account 153465953104 | | 150.00- |
| Dec.   8 | Electronic Withdrawal | To FARMERS INS GROU | | 108.00- |
| | REF=10342007839955 N | 9500000000ONLINE PMTCKF254673591POS | | |
| Dec.  10 | Electronic Withdrawal | To VERIZON | | 99.23- |
| | REF=10344008635715 N | 9500000000ONLINE PMTCKF254673591POS | | |
| Dec.  10 | Electronic Withdrawal | To ST OF CA DMV | | 367.00- |
| | REF=10343007655257 N | 1680311348INTERNET  RI7101209700011 | | |
| Dec.  13 | Electronic Withdrawal | To WF DEALER SVCES | | 1,561.50- |
| | REF=10347003417345 N | 9500000000ONLINE PMTCKF254673591POS | | |
| Dec.  20 | Electronic Withdrawal | To SDG&E | | 136.93- |
| | REF=10354006038428 N | 9500000000ONLINE PMTCKF254673591POS | | |

| | **Total Other Withdrawals** | **$** | **2,686.24-** |
|---|---|---|---|



ESTATE OF LORETTA MUNTZ-SEEBY
FREDERICK E SEEBY JR
DEBTOR IN POSSESSION
BANKRUPTCY CASE #10-16444-LT11
162 RIDGE VIEW WAY
OCEANSIDE  CA 92057-7533

**Uni-Statement**
Account Number:
1 534 6634 0756
Statement Period:
Nov. 20, 2010
through
Dec. 20, 2010

Page 3 of 3

## FREE CHECKING                                          (CONTINUED)
U.S. Bank National Association
**Account Number  1-534-6634-0756**

### Checks Presented Conventionally

| Check | Date | | Ref Number | Amount | | Check | Date | | Ref Number | Amount |
|-------|------|---|-----------|--------|---|-------|------|---|-----------|--------|
| 1201 | Dec. | 9 | 9194095025 | 257.92 | | 1211* | Dec. | 14 | 7438111852 | 100.00 |
| 1202 | Dec. | 7 | 8894319059 | 35.90 | | 1214* | Dec. | 20 | 8994198269 | 15.20 |
| 1203 | Dec. | 6 | 7534415631 | 200.00 | | 5003* | Dec. | 8 | 6142602907 | 18.99 |
| 1204 | Dec. | 9 | 8896098592 | 10.80 | | 5006* | Dec. | 14 | 8990237651 | 485.00 |
| 1207* | Dec. | 9 | 7437633321 | 100.00 | | 5007 | Dec. | 14 | 8990493615 | 500.00 |

\* Gap in check sequence                   **Conventional Checks Paid ( 10 )        $        1,723.81-**

### Checks Presented Electronically

| Check | Date | | Ref Number | Amount | Description of Transaction | | Payee |
|-------|------|---|-----------|--------|---------------------------|---|-------|
| 1205 | Dec. | 20 | | 31.24 | CHECK PYMT | | Gerber Life Ins |
| 1208 * | Dec. | 15 | | 49.37 | PURCHASE   OCEA CA | | WAL-MART STORES |
| 1212 * | Dec. | 17 | | 112.48 | PURCHASE   OCEA CA | | WAL-MART STORES |

\* Gap in check sequence                   **Electronic Checks Paid ( 3 )        $        193.09-**

**Total Checks Paid        $        1,916.90-**

### Balance Summary

| Date | Ending Balance | | Date | Ending Balance | | Date | Ending Balance |
|------|---------------|---|------|---------------|---|------|---------------|
| Nov. 22 | 3,445.00 | | Dec. 6 | 5,399.77 | | Dec. 13 | 3,820.26 |
| Nov. 26 | 4,378.35 | | Dec. 7 | 5,363.87 | | Dec. 14 | 4,210.26 |
| Nov. 29 | 4,368.35 | | Dec. 8 | 5,316.88 | | Dec. 15 | 4,160.89 |
| Dec. 1 | 5,814.35 | | Dec. 9 | 4,948.16 | | Dec. 17 | 4,028.41 |
| Dec. 3 | 5,599.77 | | Dec. 10 | 4,481.93 | | Dec. 20 | 3,645.04 |

Balances only appear for days reflecting change.

Order your FREE online Annual Check Card Summary today! The summary provides a comprehensive record of all your
2010 transactions organized into categories for easy identification. It's a great tool for household budgeting, tax preparation
& expense management. To order, login to your account at usbank.com, select your check card account from "My Accounts"
and click "Order your FREE Annual Account Summary" by December 31, 2010.



ESTATE OF LORETTA MUNTZ SEEBY
FREDERICK E SEEBY JR
DEBTOR IN POSSESSION
BANKRUPTCY CASE #10-16444-LT11
162 RIDGE VIEW WAY
OCEANSIDE  CA 92057-7533

**Uni-Statement**
Account Number:
1 534 6634 0756
Statement Period:
Dec. 21, 2010
through
Dec. 31, 2010

Page 2 of 3



## FREE CHECKING                                                  (CONTINUED)
U.S. Bank National Association                          **Account Number  1-534-6634-0756**

FlexPerks Cash Rewards Visa○ Check Card        Check Card Number: *7242        **FlexPerks**℠

| Reward Enrollment Date | Rewards Earned Program to Date | Rewards Redeemed Program to Date | Current Rewards Balance | Rewards Available to Redeem |
|---|---|---|---|---|
| 09/15/2010 | $      0.00 | $      0.00 | $      0.00 | $      0.00 |

### Deposits / Credits
| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| Dec. 30 | Deposit | 7430599509 | $       933.36 |
| Dec. 30 | Deposit | 1745174148 | 1,538.93 |
| | | **Total Deposits / Credits** | **$     2,472.29** |

### Card Withdrawals
| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Card Number xxxx-xxxx-xxxx- 3097 | | | | |
| Dec. 21 | ATM Withdrawal | USB SAN MARCOS-T SAN MARCOS CA | | $        40.00- |
| | | Serial No. 008236133627SUS4P994 | | |
| Dec. 23 | ATM Withdrawal | US BANK OCEANSID OCEANSIDE CA | | 20.00- |
| | | Serial No. 006497050729SUS4R253 | | |
| Dec. 27 | ATM Withdrawal | US BANK OCEANSID OCEANSIDE CA | | 100.00- |
| | | Serial No. 006693114115SUS4R253 | | |
| | | **Card  3097 Withdrawals Subtotal** | | **$       160.00-** |
| | | **Total Card Withdrawals** | | **$       160.00-** |

### Checks Presented Conventionally
| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 1213 | Dec. 29 | 9395929267 | 50.00 | 1219 | Dec. 24 | 8998036013 | 24.46 |
| 1215* | Dec. 21 | 8995278123 | 29.22 | 1220 | Dec. 23 | 7430074341 | 50.00 |
| 1216 | Dec. 21 | 8995518222 | 42.84 | 1223* | Dec. 28 | 8890767415 | 402.26 |
| 1217 | Dec. 21 | 8995278317 | 21.48 | 1224 | Dec. 30 | 8892327817 | 59.29 |
| 1218 | Dec. 21 | 8995278112 | 23.11 | 1226* | Dec. 31 | 7536712530 | 75.00 |

\* Gap in check sequence                    **Conventional Checks Paid ( 10 )**        **$       777.66-**

### Checks Presented Electronically
| Check | Date | Ref Number | Amount | Description of Transaction | Payee |
|---|---|---|---|---|---|
| 1221 | Dec. 27 | | 32.59 | PURCHASE  OCEA CA | WAL-MART STORES |
| 1222 | Dec. 27 | | 46.84 | PURCHASE  OCEA CA | WAL-MART STORES |

**Electronic Checks Paid ( 2 )**        **$        79.43-**

**Total Checks Paid**        **$       857.09-**

### Balance Summary
| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Dec. 21 | 3,488.39 | Dec. 27 | 3,214.50 | Dec. 30 | 5,175.24 |
| Dec. 23 | 3,418.39 | Dec. 28 | 2,812.24 | Dec. 31 | 5,100.24 |
| Dec. 24 | 3,393.93 | Dec. 29 | 2,762.24 | | |

Balances only appear for days reflecting change.



ESTATE OF LORETTA MUNTZ SEEBY
FREDERICK E SEEBY JR
DEBTOR IN POSSESSION
BANKRUPTCY CASE #10-16444-LT11
162 RIDGE VIEW WAY
OCEANSIDE  CA 92057-7533

**Uni-Statement**
Account Number:
1 534 6634 0756
Statement Period:
Dec. 21, 2010
through
Dec. 31, 2010

Page 3 of 3

## FREE CHECKING                                                                      (CONTINUED)

U.S. Bank National Association                                    **Account Number  1-534-6634-0756**

Order your FREE online Annual Check Card Summary today! The summary provides a comprehensive record of all your 2010 transactions organized into categories for easy identification. It's a great tool for household budgeting, tax preparation & expense management. To order, login to your account at usbank.com, select your check card account from "My Accounts" and click "Order your FREE Annual Account Summary" by December 31, 2010.