Loretta M. Seeby
Frederick E. Seeby
Oceanside CA 92057
(760) 522-2280

FILED

11 MAR 15 AM 10: 46

CLERK
U.S. BANKRUPTCY CT.
SO. DIST OF CALIF

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

In Reference:                                    )   Case No:  10-16444-LT11
                                                 )
LORETTA M. SEEBY                                 )   Chapter 11
    Debtor                                       )
FREDERICK E. SEEBY                               )
    Debtor                                       )   DECLARATION BY DEBTORS
                                                 )   MOTION TO DISMISS THE CASE
                                                 )   DUE TO THE COUNSEL'S NEGLEGENCE
                                                 )
_____)

TO THE HONORABLE _____, UNITES STATES BANKRUPTCY JUDGE, UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

We, Loretta M. Seeby and Frederick E. Seeby declare and state as follows:

We are the Debtor in the above-entitled matter and if called as a witness, we could and would testify competently testify to the matters stated herein.

We are making this motion to request for the dismissal of my Chapter 11 case due to the negligence of my current counsel, Mr. St. John.

1. Since the filling of my Chapter 11 for the purpose of reorganization, there is a continued broken communication. I had advised Mr. St. John since late October 2010 about a foreclosure, while we were in bankruptcy and he did not respond. We personally filed the Monthly Operating Report to the court each month since October, 2010. The monthly Operating Report was to be filed electronically by Mr. St. John, but he advised us that we need to take it to San Diego every month. Mr. St John never advised us how to do the report and/or want to see our reports. Mr. St. John and his paralegal, Denia Duncan did not follow through with the paper works. His office staff continued to lie to us that he was working on my case, but he was not. We continued calling his office and he never return any of our calls. (See Exhibit # 1)

2. Mr. St. John advised us that he will submit lien stripping and cram down motions, object the validity of the proof of claims, and mortgage debts as well as file an adversary complaint prior to submission of the proposed plan.

1

3. Mr. St. John neglected our request to submit the compensation plan so that we can get paid from our Corporation.

    A. Mr. St. John and Ms. Duncan advised us to deposit the retainer of $15,000.00 to account of Ms Duncan's daughter, Tina Marie and not into the Trust Account of the Attorney. (See Exhibit # 2)

    B. Due to Mr. St John's negligence, false promises, no direction from our counsel, we are requesting the court to demand Mr. St. John to return Retainer paid to him..

4. Mr. St. John neglected to responsed to our emails and calls. He did not contacted us since the end of October, 2010. At the time, I pleaded with him to talk to the bank to set up my trust account correctly.

5. We are being deceived and victimized by Mr. St. John and Ms. Duncan's actions. He abused his fiduciary position as my attorney to prey upon our desperation and trustworthy. The reason that we filed the Chapter 11 is under the legal advice of Mr. St. John and his paralegal, Ms. Duncan to save my homes. They lied to us to force us to pay their retainer fees regardless where the funds come from. None of the advice that his paralegal, Ms. Duncan and Mr. St John informed are protecting our best interest. They forced us to withdraw the $15,000.00 from our IRA account with tax penalty that is costing us more expenses. Once, they received the retainer, they did not care to work on our case nor response to our phone calls and emails.

We respectfully pray that this Court will grant my Motion to dismiss our case so that we can continue the process of modifying our home mortgages, settle with unsecured creditors and demand Mr. St. John to refund my retainer fee.

My husband and I have worked very hard all of our life. We are the victims of the real estate and financial collapsed. We had been preyed upon by Mr. St. John and his paralegal, Ms. Duncan with false promises. We are in need of the Court's help and look for relief.

We declare under the penalty of perjury and the laws of the State of California that the foregoing is true and correct.

Executed this day _____ day of March 14, 2011 at Oceanside, California.

_____        _____
Loretta Muntz-Seeby, Debtor             Frederick E. Seeby, Debtor

2

**PACIFIC MARINE** CREDIT UNION

U SERVICE CENTERS
NCUA

```
WESTERN FCU
SBA TRANSACTION    08-20-10 17:50:31            SBA
          START TIME 17:48:00         FC:  RETTA MUNTZ-SEEBY
                     10,000.00  IN 1 CHECK
RECEIVED                         10,000.00
DEPOSIT OF                    TINA M SZCZARACOWSKI-MARTINEZ
```

X _[signature]_

# CHASE

May 29, 2010 through June 30, 2010
Account Number: ~~000000953300004~~

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1031 ^ | | 06/17 | $5,000.00 |
| 1034 * ^ | | 06/22 | 1,000.00 |
| 1091 * ^ | | 06/28 | 140.00 |
| **Total Checks Paid** | | | **$6,140.00** |

*$10,000 wire*



If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 06/01 | Card Purchase | 05/30 Davina's Cabo Grill Oceanside CA Card 8108 | $39.80 |
| 06/03 | Card Purchase | 06/02 Par*Partylite Gifts 508-830-3100 MA Card 8108 | 11.36 |
| 06/03 | Card Purchase | 06/02 Par*Partylite Gifts 508-830-3100 MA Card 8108 | 56.22 |
| 06/03 | Card Purchase | 06/01 Equator (Fka Reotran 310-9736703 CA Card 8108 | 8.35 |
| 06/07 | Card Purchase With Pin | 06/05 Shell Service Station Oceanside CA Card 8108 | 25.00 |
| 06/14 | Card Purchase | 06/11 Express Fuel Oceanside CA Card 8108 | 42.88 |
| 06/14 | Card Purchase | 06/11 North San Diego 760-734-3971 CA Card 8108 | 59.00 |
| 06/14 | Card Purchase | 06/11 Point2 Realty Solution Saskatoon Sk Card 8108 | 19.99 |
| 06/17 | ATM Withdrawal | 06/17 3748 Mission Avenue Oceanside CA Card 8108 | 200.00 |
| 06/21 | Card Purchase | 06/17 Goldstar Trust Compa 800-4866888 TX Card 8108 | 235.00 |
| 06/21 | Card Purchase | 06/18 Wal-Mart #2245 Oceanside CA Card 8108 | 110.51 |
| 06/24 | Card Purchase | 06/22 Shell Oil 57442741005 Oceanside CA Card 8108 | 35.16 |
| 06/28 | Card Purchase | 06/25 Trainingpro 410-628-1060 MD Card 8108 | 168.00 |
| 06/28 | Card Purchase | 06/26 Rancho Del Oro Carwash Oceanside CA Card 8108 | 39.99 |
| **Total ATM & Debit Card Withdrawals** | | | **$1,051.26** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/08 | Online Payment 817509411 To Retail Services | $94.00 |
| **Total Electronic Withdrawals** | | **$94.00** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/29 | Withdrawal | $150.00 |
| **Total Fees & Other Withdrawals** | | **$150.00** |

## Loretta Muntz-Seeby

**From:** Loretta Muntz-Seeby [Loretta.Realtor@gmail.com]
**Sent:** Thursday, February 03, 2011 10:39 AM
**To:** 'David St. John'; 'dsj@law-pro.net'
**Subject:** BK 11 for the Seeby's

Hello Mr. Saint John

I hope you and Denia are in good health, I have not been calling and emailing you since November 2010 without success. We went to a meeting in October and was told by the Justice Trustee you were to get a permanent plan by the end of the December 2010, also, get the letters stating that you could be paid, CPA and myself from my own Corporation? Also, she asked if you was planning on saving all the properties and you stated yes and will need to file a motion to each one. This is all I remember there may have been more. You assured me you would do all this.
  Also, I'm questioning if you have done anything about my property that was foreclosed on 7 days after we filed this BK.. The whole reason we did a special rush filling out the papers in order to stop the foreclosure on Twined Creek, which I found out was sold on the 9/24/2010, which I sent the documents up to you immediately.

I need to get the transcripts of the Hearing on Thursday 10/28/10 10 AM Dept 3. in the matter of Status Conference. I remember you told me you would not be able to make it (had a court hearing in LA) and we did not need to attend. Well I never have been advised what happened on that day and have not heard anything from there on.

I'm concerned at this time that, I have not been able to keep the funds in my account as the initial plan was set up? I have written you and explained this to you on a voice mail. And one time I actually talked to Denia and wanted to talk to you but could not get to you then either.

I am asking for accounting recordation of funds used from the $15,000.00. and if you think its best we break our ties and will expect a refund of funds not used for your services.

Please contact me, so we can discuss my case as soon as possible.

Yours truly,

2/3/2011

February 16, 2011

Mary Testerman, Attorney for office of Trustee
402 W. Broadway #600
San Diego, CA  92101


Frederick Eugene Seeby, Debtors
Loretta Muntz-Seeby, Debtors
162 Ridge View Way
Oceanside, CA  92057

Case # 10-16444-LT 11

Dear Ms. Testerman,

We are the Debtor in the above-entitled matter and if called as a witness , I could and would testify ompetently testify to the matters stated herein.

Since the filing of our chapter 11 Bankruptcy, for the purpose of reorganization of debts and omes, Mr. St John advised me that by filing a chapter 11, we would have more time to file a purpose an.  He advised me that he would file the motion to lien strip , cram down and object to the proof of aim on all my home mortgages and he advised he will also file an adversary complaint against the lender prove the legal standing on the Deed of Trust.

I was referred to Mr. St John Law Office and Denia Duncan by a friend for over 20 years Mazlina ai in December 2009,  she explained she was in a similar situation as I was, trying to save our homes by odifying my personal home.  I called and spoke to Denia in December and explained my situation, then ;ain in February, then in March she said Mr. St John really doesn't want to do anymore Chapter 11, I :pt trying to find out if I could fit in a different one (the upfront money scared me) then in late May we ceived a law suit to garnish my husbands wages. I drove to Ventura with a box of my documents to meet ith Mr. St John, he told me then the only choice I had was Chapter 11.   The end of June, Ms Duncan ime to my house to explain the 11 to me and my husband, I had an anxiety attach, because she wanted e $5,000.00 that day.  Denia kept telling me he will not do anything until he has the money because the oty Lai , was to sign over their property in Oceanside for fees incurred and  Mr. St John will not work on y case, unless I  paid.  They asked if I had credit cards, which I didn't and the only funds I had was my .A which I have never touched.  They said get the funds out of there.

Denia kept mentioning they needed to get an office down here and I could work with them, but they wanted me to lease the office space and put my money out for it. Finally in July believing th desperate to have them get going on my chapter 11 I liquidated a stock in my IRA and mailed a check to them, they were in Arizona for 2 weeks and when they cashed the check (wrote it to Mr. St John) but they stated it bounced, and Mr. St John needed it wired to Denia's daughters account so they can cover the funds, She told me to go Pacific Marine CU, which I did that Friday night and sent $10,000.00. $15,000.00 was all I had at the time was trying to come with another $10,000.00. when they decided in September to file to save my property in Charlotte NC to trustee sale on September 18, 2010. The condo was rented by Sec 8, the property manager they do not rent properties in default. Mr. St John advised to get property rented per the plan, I called another Property manager I October to manager the Condo, she advised me it was sold to someone else, around 7 days after the BK was filed. Sent all the documents to Mr. St John and called him, and as of today he has not responded and has neglected to protect my interest.

Since the date of filing, I paid with my Visa Card. And met late September and Mr. St John told the trustee he would have the rest of papers within 2 weeks, he was told he would have to file and extention but neglected to so the case was dismissed and had to have it reinstated. Also he was to file a document from my Corporation, CPA and for Him so we could get paid. That has not been completed.

My husband and I and Mr. St John met with you in October and you laid out what should be done, letters for payment for my Corporation and him, Possibly open separate account for rentals, and to have the plan handed in by the end of the year. Mr. St. John told me not to say anything about my foreclosed property, and he did advise you he planned to save all the properties by cram down and lien stripping. The next court appearance was on Thursday we saw you on Tuesday, Mr. John mentioned he would not be able to make it and told you he had been trying to get a hold of the court, to extend or have a substitute there.

I called when my first plan was to be submitted, He told me I needed to do this and bring it to the court each month to file it. I explained I work and didn't know what to do. He never helped me I ended up calling the Lai's and couldn't understand why Mr. St John didn't do this. I also had problems with banking accounts etc. (trustee knew of this)

For 3 months I have been trying to do my plan, after numerous emails, phone calls asking what do we do, I can't make this plan work, I would get voice mails or receptionist taking messages. that never were returned.

I called yesterday to find out when my next court hearing was and they said on January 14, 2011 there was one?

I believe Mr. St John and his office has been negligent and has received funds from me under false pretense and I am requesting the Courts to order St Johns law office return my $15,000.00 immediately so I can hire another attorney to represent me.

Thank you for your understanding of the gross negligence on his part and I pray he will not be able to prey on any other families who are desperate to save their homes.


Sincerely,


Loretta Muntz-Seeby
Frederick E. Seeby