CSD 3010 [04/28/96]
Name, Address, Telephone No. & I.D. No.

Loretta Muntz-Seeby and Frederick E. Seeby
162 Ridge View Way
Oceanside, CA  92057
(760) 522-2280

FILED
11 MAR 15 AM 10:46
CLERK
U.S. BANKRUPTCY CT.
SO. DIST OF CALIF

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
Loretta Muntz-Seeby and Frederick E. Seeby
                                           Debtor.

BANKRUPTCY NO. 10-16444-LT11

                                           Plaintiff(s)

ADVERSARY NO.

v.

                                           Defendants(s)

## PROOF OF SERVICE

I, **Loretta Muntz-Seeby**, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that I served a copy of the following documents [describe each document served]:

   Declaration by Debtors motion to Dismiss the Case due to the Counsel's Neglegence

on _____ March 15, 2011 _____ by:  filing the attached report in person and deliver the original to the US Truste
         [date]

☐ Mail Service - Regular, first class United States mail, postage fully pre-paid, addressed to:

☒ Personal Service - By leaving the documents with the following named person(s) or an officer or agent of the person(s) at:
   United States Bankruptcy Court, southern District,  Laura s. Taylor US Courthouse
   325 West f. Street, San Diego, CA   921010-6991

☐ Residence Service - By leaving the documents with the following adult at:

Under penalty of perjury, I declare that the foregoing is true and correct.

_____ March 15, 2011 _____                        [Signature]
         [Date]

| Print Name | Loretta Muntz-Seeby |
|---|---|
| Business Address | 162 Ridge View Way |
| City, State, ZIP | Oceanside, CA  92057 |

CSD 3010

1Fmm 16444 pro